**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>Western District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Adkins, William N. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   4080 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City,  and State)<br>16315 Belle Isle Drive<br>Cornelius, NC<br>ZIPCODE  28031 | Street Address of Joint Debtor (No. and Street, City, and State<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Mecklenburg | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of  Business**
(Check **one**  box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Real Estate

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main  Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form  3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **William N. Adkins** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: **N.A.** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (12/11) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>William N. Adkins |
|---|---|

## Signatures

<table>
<tr>
<td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ William N. Adkins
_____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
May 4, 2012
_____
Date

</td>
<td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

</td>
</tr>
<tr>
<td>

### Signature of Attorney*

X  /s/ Joseph W. Grier, III
_____
Signature of Attorney for Debtor(s)

JOSEPH W. GRIER, III 7764
_____
Printed Name of Attorney for Debtor(s)

Joseph W. Grier III
_____
Firm Name

Grier Furr & Crisp, PA
_____
Address

101 N Tryon St, S 1240     Charlotte, NC  28246
_____

704 375-3720
_____
Telephone Number

May 4, 2012
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td rowspan="2">

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
<tr>
<td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td>
</tr>
</table>

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**Western District of North Carolina**

In re William N. Adkins
_____
Debtor(s)

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 3090R-302Y-09810 - PDF-XChange 2.5 BE

B1 D (Official Form 1, Exh. D)  (12/09) – Cont.                                        Page 2

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**

❏   Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____/s/ William N. Adkins_____

WILLIAM N. ADKINS

Date: _____May 4, 2012_____

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**B6A (Official Form 6A) (12/07)**

In re  William N. Adkins _____    Case No. _____
    **Debtor**    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| House at 16315 Belle Isle Dr<br><br>16315 Belle Isle Dr.<br>Cornelius, NC  28031<br>Mecklenburg Cty Tax parcel 00131241<br>Value listed is for entire property | Tenancy by the Entirety | J | 2,000,000 | Exceeds Value |
| Lot at 16325 Belle Isle Dr.<br><br>16325 Belle Isle Dr.<br>Cornelius, NC<br>Mecklenburg County Tax Parcel 00131242<br>Value listed is for entire property | Tenancy by the Entirety | J | 500,000 | Exceeds Value |
| Cabin in Ashe County, NC<br><br>Boggs Road<br>Ashe County, NC<br>Tax ID 12310-096<br>Own with Mark Adkins | Tenancy in Common | H | 175,000 | Exceeds Value |
| Storage Bldg in Iron Station, NC | Tenancy in Common | H | 100,000 | Exceeds Value |
| | | Total | | |

(Report also on Summary of Schedules.)

Bankruptcy2012 © 1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

In re    William N. Adkins                                                    Case No. _____
_____
         **Debtor**                                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Mt. Vernon Rd<br>Iron Station, NC<br>Tax ID 51302<br>Own with Mark Adkins | | | | |
| Adkins Pet Center<br><br>3920 East Hwy 27<br>Iron Station, NC<br>Tax ID 01650<br>Own with Mark Adkins | Tenancy in Common | H | 300,000 | Exceeds Value |
| 11.894 acres, Obids Township, Ashe County, NC<br><br>See deed recorded in Book 375, Page 1975, Ashe County, NC, Public Registry<br>Own with Mark Adkins | Tenancy in Common | H | 25,000 | Exceeds Value |
| 0.995 acres, Obids Township, Ashe County, NC<br><br>See deed recorded in Book 332, Page 2466, Ashe County Public Registry | Tenancy in Common | H | 0 | None |
| House in Duval County, Florida<br><br>13706 Longs Landing Rd W<br>Jacksonville, FL<br>Tax ID 167127-2125 | Tenancy by the Entirety | J | 137,500 | Exceeds Value |

Total  ➤ | 3,237,500 |

(Report also on Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

**B6B (Official Form 6B) (12/07)**

In re   William N. Adkins _____    Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.　Cash on hand. | | Cash on hand - nominal | H | 0 |
| 2.　Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | New Dominion Checking Account<br>New Dominion Bank<br>PO Box 37389<br>Charlotte, NC 28237<br>Acct No. ****84 | J | 60 |
| | | ING Direct Savings Account<br>PO Box 60<br>St. Cloud, MN 56302<br>Act ***265 | H | 1 |
| | | Aquesta Bank<br>Aquesta Bank<br>PO Box 700<br>Cornelius, NC 28031<br>Act No. ****99 | H | 6 |
| 3.　Security deposits with public utilities, telephone companies, landlords, and others. | | IFIC Deposit<br>Deposit with creditor, IFIC; paid to creditor on December 19, 2011. | H | 437,500 |
| 4.　Household goods and furnishings, including audio, video, and computer equipment. | | Household goods & furnishings | J | 35,960 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

In re   William N. Adkins                                      Case No. _____
_____
         **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 16315 Belle Isle Dr<br>Cornelius, NC  28031-7702<br><br>See attached Exhibit B4.<br>Value listed is one half of value of all items except two watches & pistol, which are listed below<br><br>Diamond Bezel Rolex Datejust watch<br>Rolex Yacht Master Watch | <br><br><br><br><br><br><br>H<br>H | <br><br><br><br><br><br><br>3,500<br>2,500 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Clothing | H | 1,000 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Glock 27 .40 Subconpact pistol | H | 400 |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | 529 College Savings Plan f/b/o Shayna Danielle Debord<br>Morgan Keegan<br>50 N. Front St.<br>Memphis, TN  38103<br><br>Nadia Nicole Adkins 529 Plan<br>(owned by Lavinia V. Adkins)<br>Morgan Keegan<br>50 N. Front St.<br>Memphis, TN  38103<br><br>Ashley S. Adkins 529 Plan<br>(owned by Lavinia V. Adkins)<br>Morgan Keegan<br>50 N. Front St.<br>Memphis, TN  38103 | H<br><br><br><br><br>W<br><br><br><br><br><br>W | 25,000<br><br><br><br><br>5,327<br><br><br><br><br><br>5,327 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

In re    William N. Adkins                                                    Case No. _____
                    **Debtor**                                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k) account<br>WMA Management, LLC 401(k) PS Plan<br>Oppenheimer Funds<br>PO Box 173764<br>Denver, CO  80217-3764<br>(Disclosed for informational purposes - not property of the estate) | H | 186,751 |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | 114,268 shares common stock in Chanticleer Holdings, Inc.<br>Rodman & Renshaw<br>1251 Avenue of the America's<br>20th Floor<br>New York, NY  20020 | J | 142,281 |
| | | Adkins Land Group, Inc., f/k/a Timberline Corporation<br>Debtor is 50% shareholder; recently settled litigation with co-plaintiff Waterfront Group Stellarview and defendant Balmar NAL Collections with total value to plaintiffs of approx. $141,000. | H | Unknown |
| | | WMA Management, LLC<br>Manager of present asset companies.  Dr owns 1/2 interest & is a manager; this entity is paymaster for Dr LLC's & holds leases for furniture & computers.  This entity recently conveyed 2 tractors (subject to debt) to Farm & Land Management, LLC | H | 0 |
| | | Adkins Aviation, LLC, f/k/a Timberline Aviation, Inc.<br>Debtors is 50% member and a manager; owns 2 aircraft and 1 hanger; no equity | H | 0 |
| | | Swiper Lot Clearing, Inc., f/k/a Four Seasons Landscaping, Inc. | H | 0 |

In re   William N. Adkins                                    Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtor is 50% shareholder | | |
| | | Landstar Development, LLC<br>Debtor is 50% member and a manager; owns Mitchell County farm & Ash County farm, cross-collateralized with Riversound; no equity | H | 0 |
| | | NC Mountain Investments, LLC<br>Debtor is 50% member and a manager; recently sold mineral rights on 980 acre tract in McDowell County for $35K. | H | 0 |
| | | Waterfront Group Florida, LLC<br>Debtor is 50% member and a manager; possible litigation assets; Apalachicola River Tract - (Farm Credit of NW Florida) - no equity | H | 0 |
| | | Waterfront Group NC, LLC<br>Debtor is 50% member and a manager; Riversound development; may be some personal property; BB&T is creditor; controls POA; no equity | H | 0 |
| | | Waterfront Group Wetappo, LLC, f/k/a Waterfront Group FL, NC<br>Debtor is 50% member and a manager; controls POA; Centennial Bank, owns marsh land to be conveyed to lot owners; no equity | H | 0 |
| | | Waterfront Group, Inc.<br>Debtor is 50% shareholder; no remaining assets | H | 0 |
| | | Waterfront Group, LLC<br>Debtor is 50% member and a manager; no remaining assets | H | 0 |

In re    William N. Adkins                                            Case No. _____
_____                                     _____
            **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | WFG Management, LLC<br>Debtor is 50% member and a manager | H | 0 |
| | | Waterfront Group Stellarview, LLC<br>Debtor is 50% member and a manager.  Recently settled litigation with co-plaintiff Adkins Land Group and defendant Balmar NAL Collections with total value to plaintiffs of approx. $141,000. | H | Unknown |
| 14.  Interests in partnerships or joint ventures. Itemize. | | Hidden River Investors, LP<br>Debtor and wife are 24.5% limited partners; no assets | J | 0 |
| | | WMA, LP<br>WMA, LP is the sole member of recent asset companies; WMA Management, LLC is its general partner, dr and Mark Adkins are lp's; owns several lots | H | Unknown |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Account receivable from Fife Investments, LLC<br>Face amount $166,667 | H | Unknown |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-*09810* - PDF-XChange 2.5 DE

In re   William N. Adkins _____     Case No. _____
    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Cadillac Escalade<br>2007 Cadillac Escalade | J<br>J | 25,000<br>25,000 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Membership interest in Penninsula Golf Club | H | 0 |

       0
_____   continuation sheets attached   Total   $   895,613

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Exhibit B4

# Iron Horse Auction Company, Inc.
## JANUARY 18, 2012

---

# VALUATION OF PERSONAL PROPERTY
# ON BEHALF OF:

# MR. WILL ADKINS
# 16315 BELLE ISLE DRIVE
# CORNELIUS, NC 28031

# Iron Horse Auction Company, Inc.
## Property Valuation
## January 19, 2012

| Property | Qty | Value Per Item | Valuation |
|---|---|---|---|
| **UPSTAIRS RETREAT** | | | |
| 1 Bookcase | 1 | $ 600.00 | $ 600.00 |
| 1 Leather Chair and Ottoman | 1 | $ 300.00 | $ 300.00 |
| 8 Paintings | 8 | $ 75.00 | $ 600.00 |
| 3 Chairs | 3 | $ 100.00 | $ 300.00 |
| 1 Sofa | 1 | $ 200.00 | $ 200.00 |
| 1 Coffee Table | 1 | $ 75.00 | $ 75.00 |
| 3 Accent Tables | 3 | $ 100.00 | $ 300.00 |
| 3 Lamps | 3 | $ 75.00 | $ 225.00 |
| 1 Sailboat | 1 | $ 300.00 | $ 300.00 |
| 1 Telescope | 1 | $ 150.00 | $ 150.00 |
| 1 Accent Furniture-Upright Chest | 1 | $ 300.00 | $ 300.00 |
| 1 Privacy Screen | 1 | $ 100.00 | $ 100.00 |
| 4-Drawer Chest | 1 | $ 150.00 | $ 150.00 |
| Accessories | 1 | $ 300.00 | $ 300.00 |
| **OUTDOOR FURNITURE** | | | |
| 6 Chairs with Cushions | 6 | $ 100.00 | $ 600.00 |
| 1 Sofa (No Cushions) | 1 | $ 100.00 | $ 100.00 |
| 1 Loveseat with Cushions | 1 | $ 100.00 | $ 100.00 |
| 2 Metal High Top Tables with 8 Chairs ($50.00 Each) | 2 | $ 100.00 | $ 200.00 |
| 4 Side Tables | 4 | $ 50.00 | $ 200.00 |
| 2 Viking Gas Grills | 2 | $ 500.00 | $ 1,000.00 |
| **BOATHOUSE** | | | |
| 1 King Bed | 1 | $ 300.00 | $ 300.00 |
| 2 Night Stands | 2 | $ 25.00 | $ 50.00 |
| 1 Dresser | 1 | $ 100.00 | $ 100.00 |
| 1 Table with 4 Chairs | 1 | $ 300.00 | $ 300.00 |
| 1 Sofa | 1 | $ 200.00 | $ 200.00 |
| 1 Chair | 1 | $ 50.00 | $ 50.00 |
| 1 Coffee Table | 1 | $ 50.00 | $ 50.00 |
| 4 Lamps | 4 | $ 50.00 | $ 200.00 |
| 2 Rugs | 2 | $ 100.00 | $ 200.00 |
| 1 Cabinet | 1 | $ 100.00 | $ 100.00 |
| 2 32" TV's | 2 | $ 150.00 | $ 300.00 |
| 1 China Cabinet | 1 | $ 150.00 | $ 150.00 |
| **BOATHOUSE WORKOUT ROOM** | | | |
| Stair Step | 1 | $ 300.00 | $ 300.00 |
| Bike | 1 | $ 200.00 | $ 200.00 |
| Treadmill | 1 | $ 300.00 | $ 300.00 |
| Weight Bench | 1 | $ 150.00 | $ 150.00 |
| TV | 1 | $ 150.00 | $ 150.00 |
| Fridge | 1 | $ 25.00 | $ 25.00 |
| Fan | 1 | $ 10.00 | $ 10.00 |
| Vacuum | 1 | $ 25.00 | $ 25.00 |
| **MAID'S QUARTERS** | | | |
| 1 King Bed | 1 | $ 600.00 | $ 600.00 |

# Iron Horse Auction Company, Inc.
## Property Valuation
## January 19, 2012

| Property | Qty | Value Per Item | Valuation |
|---|---|---|---|
| 2 End Tables | 2 | $ 50.00 | $ 100.00 |
| 1 Wooden Desk | 1 | $ 150.00 | $ 150.00 |
| 7 Paintings | 7 | $ 150.00 | $ 1,050.00 |
| 2 Prints | 2 | $ 20.00 | $ 40.00 |
| 4 Lamps | 4 | $ 75.00 | $ 300.00 |
| 2 Chairs | 2 | $ 100.00 | $ 200.00 |
| 1 Sofa | 1 | $ 150.00 | $ 150.00 |
| 1 Wooden Chest | 1 | $ 150.00 | $ 150.00 |
| Washer / Dryer | 1 | $ 300.00 | $ 300.00 |
| 1 Entertainment Center with TV | 1 | $ 250.00 | $ 250.00 |
| **MAID"S BATH** | | | |
| Rug | 1 | $ 20.00 | $ 20.00 |
| Lamp | 1 | $ 25.00 | $ 25.00 |
| Painting | 1 | $ 150.00 | $ 150.00 |
| 2 Prints | 2 | $ 25.00 | $ 50.00 |
| **LAUNDRY ROOM** | | | |
| Contents (washer/dryer) | 1 | $ 300.00 | $ 300.00 |
| **MASTER ENTRYWAY** | | | |
| Painting | 1 | $ 200.00 | $ 200.00 |
| Painting | 1 | $ 300.00 | $ 300.00 |
| 1 Accent Furniture | 1 | $ 300.00 | $ 300.00 |
| **GAMEROOM** | | | |
| 4 Arcade Games (Need for Speed, World Series, Target Terror, PGA Championship) | 4 | $ 800.00 | $ 3,200.00 |
| 2 Chairs | 2 | $ 25.00 | $ 50.00 |
| TV | 1 | $ 100.00 | $ 100.00 |
| **DOWNSTAIRS LIVING ROOM/ENTERTAINMENT** | | | |
| Sectional Sofa | 1 | $ 300.00 | $ 300.00 |
| 1 Pool Table (Benedict) | 1 | $ 800.00 | $ 800.00 |
| 7 Barstools | 7 | $ 50.00 | $ 350.00 |
| Poker Table | 1 | $ 200.00 | $ 200.00 |
| 6 Poker Chairs | 6 | $ 25.00 | $ 150.00 |
| 1 Game Cabinet (Darts) | 1 | $ 300.00 | $ 300.00 |
| 1 Ottoman | 1 | $ 100.00 | $ 100.00 |
| 1 Entertainment Center with Samsung TV | 1 | $ 1,000.00 | $ 1,000.00 |
| 4 Lamps | 4 | $ 75.00 | $ 300.00 |
| 1 60" TV | 1 | $ 300.00 | $ 300.00 |
| 2 Accent Tables | 2 | $ 300.00 | $ 600.00 |
| 2 Mirrors | 2 | $ 300.00 | $ 600.00 |
| 2 Prints | 2 | $ 30.00 | $ 60.00 |
| 3 Paintings | 3 | $ 300.00 | $ 900.00 |
| 3 Accent Urns | 3 | $ 400.00 | $ 1,200.00 |
| 1 Phone Booth | 1 | $ 600.00 | $ 600.00 |
| Rug | 1 | $ 50.00 | $ 50.00 |
| Rug | 1 | $ 800.00 | $ 800.00 |
| Rug | 1 | $ 400.00 | $ 400.00 |
| Rug | 1 | $ 300.00 | $ 300.00 |

# Iron Horse Auction Company, Inc.
## Property Valuation
### January 19, 2012

| Property | Qty | Value Per Item | Valuation |
|---|---|---|---|
| Megatouch Game | | | |
| 1 Cue Holder | | $ 300.00 | $ - |
| 1 Cabinet | 1 | $ 300.00 | $ 300.00 |
| 1 Bench | 1 | $ 300.00 | $ 300.00 |
| Statute | 1 | $ 50.00 | $ 50.00 |
| Coat of Arms | 1 | $ 1,500.00 | $ 1,500.00 |
| 2 Candle Holders | 1 | $ 100.00 | $ 100.00 |
| Accessories | 2 | $ 50.00 | $ 100.00 |
| **KITCHEN/BREAKFAST** | 1 | $ 300.00 | $ 300.00 |
| 1 Table with 7 Chairs | | | |
| 1 Bird Cage | 1 | $ 50.00 | $ 50.00 |
| 2 Barstools | 1 | $ 500.00 | $ 500.00 |
| 2 Lamps | 2 | $ 50.00 | $ 100.00 |
| 6 Prints | 2 | $ 50.00 | $ 100.00 |
| 1 Painting | 6 | $ 75.00 | $ 450.00 |
| 4 Rugs | 1 | $ 150.00 | $ 150.00 |
| TV | 4 | $ 100.00 | $ 400.00 |
| Ottoman | 1 | $ 250.00 | $ 250.00 |
| Fireplace Items | 1 | $ 100.00 | $ 100.00 |
| Miscellaneous Kitchen Items | 1 | $ 150.00 | $ 150.00 |
| 1 Urn | 1 | $ 700.00 | $ 700.00 |
| (Theatre Items Stay With Real Estate) | 1 | $ 100.00 | $ 100.00 |
| **BUTLER'S PANTRY** | | | |
| Art | | | |
| Wall Shelf | 1 | $ 150.00 | $ 150.00 |
| Art | 1 | $ 150.00 | $ 150.00 |
| Rug | 1 | $ 150.00 | $ 150.00 |
| **STAIRWAY** | 1 | $ 150.00 | $ 150.00 |
| 9 Paintings | | | |
| **DINING ROOM** | 9 | $ 250.00 | $ 2,250.00 |
| 1 Table with 11 Chairs | | | |
| 1 China Cabinet | 1 | $ 3,000.00 | $ 3,000.00 |
| 1 Serving Table | 1 | $ 500.00 | $ 500.00 |
| 2 Prints | 1 | $ 700.00 | $ 700.00 |
| 1 Painting | 2 | $ 200.00 | $ 400.00 |
| 2 Paintings | 1 | $ 250.00 | $ 250.00 |
| 1 Mirror | 2 | $ 50.00 | $ 100.00 |
| 1 Lamp | 1 | $ 200.00 | $ 200.00 |
| 1 Chair | 1 | $ 300.00 | $ 300.00 |
| Glassware | 1 | $ 300.00 | $ 300.00 |
| Flatware | 1 | $ 200.00 | $ 200.00 |
| Silver Plated Tea Service | 1 | $ 300.00 | $ 300.00 |
| **FORMAL LIVING ROOM** | 1 | $ 300.00 | $ 300.00 |
| 1 Leather Loveseat | | | |
| 2 Chairs | 1 | $ 300.00 | $ 300.00 |
| 1 Coffee Table | 2 | $ 300.00 | $ 600.00 |
| | 1 | $ 50.00 | $ 50.00 |

# Iron Horse Auction Company, Inc.
## Property Valuation
## January 19, 2012

| Property | Qty | Value Per Item | Valuation |
|---|---|---|---|
| 1 Rug | 1 | $ 300.00 | $ 300.00 |
| 2 End Tables | 2 | $ 75.00 | $ 150.00 |
| 2 Lamps | 2 | $ 100.00 | $ 200.00 |
| 1 Bookcase | 1 | $ 750.00 | $ 750.00 |
| Contents of Book Case | 1 | $ 150.00 | $ 150.00 |
| 4 Art | 4 | $ 150.00 | $ 600.00 |
| Wooden Box | 1 | $ 75.00 | $ 75.00 |
| Fireplace Items | 1 | $ 150.00 | $ 150.00 |
| **UPSTAIRS HALLWAY** | | | |
| 1 Secretary | 1 | $ 500.00 | $ 500.00 |
| 1 Armoire | 1 | $ 700.00 | $ 700.00 |
| 1 Rug (Runner) | 1 | $ 300.00 | $ 300.00 |
| 2 Mirrors | 2 | $ 100.00 | $ 200.00 |
| 5 Small Paintings & Wall Accessories | 5 | $ 50.00 | $ 250.00 |
| 2 Lamps | 2 | $ 50.00 | $ 100.00 |
| 1 Accent Table | 1 | $ 50.00 | $ 50.00 |
| **GIRL'S ROOM** | | | |
| 2 Twin Beds | 2 | $ 50.00 | $ 100.00 |
| 1 Small Armoire | 1 | $ 200.00 | $ 200.00 |
| 2 Chairs | 2 | $ 50.00 | $ 100.00 |
| 1 Rug | 1 | $ 25.00 | $ 25.00 |
| 2 Small Bedside Tables | 2 | $ 50.00 | $ 100.00 |
| 1 Lamp | 1 | $ 75.00 | $ 75.00 |
| 2 Paintings | 2 | $ 50.00 | $ 100.00 |
| 2 Prints | 2 | $ 20.00 | $ 40.00 |
| Ottoman | 1 | $ 100.00 | $ 100.00 |
| **MASTER BEDROOM** | | | |
| 1 King Bed | 1 | $ 1,000.00 | $ 1,000.00 |
| 2 Night Stands | 2 | $ 200.00 | $ 400.00 |
| 3 Chairs | 3 | $ 200.00 | $ 600.00 |
| 1 Wooden Chest | 1 | $ 150.00 | $ 150.00 |
| 2 Accent Tables | 2 | $ 150.00 | $ 300.00 |
| 1 Armoire | 1 | $ 1,000.00 | $ 1,000.00 |
| 1 40" TV (Samsung) | 1 | $ 200.00 | $ 200.00 |
| 4 Lamps | 4 | $ 200.00 | $ 800.00 |
| 3 Mirrors | 3 | $ 300.00 | $ 900.00 |
| 1 Painting | 1 | $ 500.00 | $ 500.00 |
| 1 Print | 1 | $ 50.00 | $ 50.00 |
| Wall Hanging | 1 | $ 100.00 | $ 100.00 |
| End-of-Bed Bench | 1 | $ 150.00 | $ 150.00 |
| **MASTER BATHROOM** | | | |
| 1 Bookcase | 1 | $ 400.00 | $ 400.00 |
| 3 Ottomans | 3 | $ 50.00 | $ 150.00 |
| 1 Painting | 1 | $ 100.00 | $ 100.00 |
| 1 Wall Accent | 1 | $ 100.00 | $ 100.00 |
| **MINI MASTER BEDROOM** | | | |

# Iron Horse Auction Company, Inc.
## Property Valuation
### January 19, 2012

| Property | Qty | Value Per Item | Valuation |
|---|---|---|---|
| 1 King Bed | 1 | $800.00 | $800.00 |
| 1 Coffee Table | 1 | $50.00 | $50.00 |
| 1 Armoire | 1 | $600.00 | $600.00 |
| 2 Bedside Night Stands | 2 | $150.00 | $300.00 |
| 6 Prints | 6 | $25.00 | $150.00 |
| 2 Accent Tables | 2 | $75.00 | $150.00 |
| 1 Large Wooden Print (Bathroom) | 1 | $200.00 | $200.00 |
| 9 Paintings | 9 | $200.00 | $1,800.00 |
| 2 Mirrors | 2 | $150.00 | $300.00 |
| 2 Loveseats | 2 | $150.00 | $300.00 |
| 2 Club Chairs | 2 | $100.00 | $200.00 |
| 1 Small TV | 1 | $25.00 | $25.00 |
| 1 Long Bench | 1 | $100.00 | $100.00 |
| 3 Rugs | 3 | $50.00 | $150.00 |
| Wooden Valet | 1 | $100.00 | $100.00 |
| **OFFICE** | | | $  - |
| 1 Desk | 1 | $800.00 | $800.00 |
| 4 Chairs | 4 | $100.00 | $400.00 |
| 1 Accent Table | 1 | $100.00 | $100.00 |
| 2 Lamps | 2 | $50.00 | $100.00 |
| 1 Computer and 1 Printer/Copier | 1 | $200.00 | $200.00 |
| 2 Paintings | 2 | $200.00 | $400.00 |
| 1 Accent Furniture | 1 | $100.00 | $100.00 |
| Rug | 1 | $300.00 | $300.00 |
| Tall Chest | 1 | $400.00 | $400.00 |
| Large Vase | 1 | $500.00 | $500.00 |
| Wooden Box | 1 | $100.00 | $100.00 |
| CD's | 1 | $100.00 | $100.00 |
| **MAIN ENTRANCE** | 1 | $100.00 | $100.00 |
| 1 Wooden Table | 1 | $50.00 | $50.00 |
| 1 Rug | 1 | $300.00 | $300.00 |
| 1 Grandfather Clock | 1 | $2,500.00 | $2,500.00 |
| Wooden Box | | | |
| **DOWNSTAIRS ENTRYWAY** | 1 | $100.00 | $100.00 |
| 1 Bookcase | 1 | $700.00 | $700.00 |
| 1 Rug | 1 | $200.00 | $200.00 |
| 4 Accent Pieces | 4 | $75.00 | $300.00 |
| 1 Chair | 1 | $200.00 | $200.00 |
| Art | 1 | $100.00 | $100.00 |
| Lamp | | | |
| **DOWNSTAIRS BEDROOM** | 1 | $75.00 | $75.00 |
| 1 King Bed | 1 | $1,200.00 | $1,200.00 |
| 2 Mirrors | 2 | $200.00 | $400.00 |
| 3 Accent Pieces | 3 | $50.00 | $150.00 |
| 1 Cabinet | 1 | $300.00 | $300.00 |
| 2 Night Stands | 2 | $200.00 | $400.00 |

# Iron Horse Auction Company, Inc.
## Property Valuation
## January 19, 2012

| Property | Qty | Value Per Item | Valuation |
|---|---|---|---|
| 3 Lamps | 3 | $ 50.00 | $ 150.00 |
| 1 Chair | 1 | $ 50.00 | $ 50.00 |
| 2 Paintings | 2 | $ 450.00 | $ 900.00 |
| 1 Diamond Bezel Rolex Datejust Watch | 1 | $ 3,500.00 | $ 3,500.00 |
| 1 Rolex Yacht-Master Watch | 1 | $ 2,500.00 | $ 2,500.00 |
| **KIDS PLAYROOM** | | | |
| Contents | 1 | $ 300.00 | $ 300.00 |
| **OTHER** | | | |
| Glock 27 .40 Subcompact Pistol | 1 | $ 400.00 | $ 400.00 |
| | | | |
| **Total Valuation** | | | $ 78,320.00 |

B6C (Official Form 6C)  (04/10)

In re   William N. Adkins                                      Case No. _____
              **Debtor**                                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                         $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 529 College Savings Plan f/b/o Shayna Danielle Debord | NCGS § IC-1601(a)(10) | 2,500,000 | 25,000 |
| Household goods & furnishings<br>1 desk ($800), 4 chairs ($400), 1 accent table ($100), 2 lamps ($100), 1 computer & 1 printer/copier ($200), 2 paintings ($400) | NCGS § IC-1601(a)(2)<br>NCGS § IC-1601(a)(4)<br>NCGS § IC-1601(a)(5) | 500,000<br>450,000<br>200,000 | 35,960 |
| Diamond Bezel Rolex Datejust watch | NCGS § IC-1601(a)(2) | 350,000 | 3,500 |
| Rolex Yacht Master Watch | NCGS § IC-1601(a)(4) | 250,000 | 2,500 |
| Clothing | NCGS § IC-1601(a)(4) | 100,000 | 1,000 |
| 2007 Cadillac Escalade | NCGS § IC-1601(a)(3) | 350,000 | 25,000 |
| 401(k) account | NCGS § IC-1601(a)(9)<br>& 522(b)(3)(c) | 18,675,100 | 186,751 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B6D (Official Form 6D) (12/07)

In re _____,    Case No. _____
                    **Debtor**                                                    (If known)
                    William N. Adkins

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8583838 Community One Bank PO Box 1328 Asheboro, NC 27204 | X | | Lien: Deed of Trust Security: lien on Boggs Road Cabin. <br><br> VALUE $ 350,000 | | | | 341,120 | 0 |
| ACCOUNT NO. 903004220 ING Mortgage PO Box 60 St Cloud, MN 56302 | X | | Lien: First Mortgage Security: House at 16315 Belle Isle Dr & adjoining lot <br><br> VALUE $ 2,500,000 | | | | 1,346,325 | 0 |
| ACCOUNT NO. International Fidelity Bonding Company c/o William Sturges 128 S Tryon St, S 1800 Charlotte, NC 28202-5013 | | | Lien: Possession Security: Cash bond of $437,500 paid Dec 19, 2011; $85,000 cash bond paid by Mark Adkins <br><br> VALUE $ 437,500 | | | | 1,050,000 | 612,500 |

_1_____ continuation sheets attached

Subtotal ▶ | $ 2,737,445 | $ 612,500
(Total of this page)

Total ▶ | $ | $
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07) – Cont**.

In re  William N. Adkins _____,        Case No. _____
       **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Peoples Bank <br> PO Box 467 <br> Newton, NC  28658 | | X | Lien: First Mortgage <br> Security: Storage building <br><br><br> VALUE $ 200,000 | | | | 190,537 | 0 |
| ACCOUNT NO. <br><br> Peoples Bank <br> PO Box 467 <br> Newton, NC  28658 | | X | Lien: First Deed of Trust <br> Security: Adkins Pet Center <br><br><br> VALUE $ 600,000 | | | | 744,719 | 144,719 |
| ACCOUNT NO. 6382983 <br><br> Wells Fargo <br> PO Box 10335 <br> Des Moines, IA  50306 | | | Lien: First Mortgage <br> Security: House at 13706 West Longs Landing Rd, Jacksonville, FL <br><br> VALUE $ 275,000 | | | | 608,807 | 333,807 |
| ACCOUNT NO. 752 2574217 1998 <br><br> Wells Fargo <br> PO Box 536205 <br> Atlanta, GA 30353-62505 | | | Lien: Second Mortgage (by subordination) <br> Security: 16315 Belle Isle Dr. <br><br> VALUE $ 2,000,000 | | | | 2,149,658 | 1,495,984 This amount based upon existence of Superior Liens |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br><br> VALUE $ | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  |  |  |  |
|---|---|---|---|
| Subtotal (s) ► (Total(s) of this page) | $ | 3,693,721 | $ 1,974,510 |
| Total(s) ► (Use only on last page) | $ | 6,431,166 | $ 2,587,010 |

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

**B6E (Official Form 6E) (04/10)**

In re_____,  Case No._____
       Debtor          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2012 © 1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

In re    William N. Adkins

**B6E (Official Form 6E) (04/10) - Cont.**

In re___William N. Adkins_____,    Case No._____
                          Debtor                                                                          (if known)

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐    **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


   *_Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._


_4_ **continuation sheets attached**

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B6E (Official Form 6E) (04/10) - Cont.

In re __William N. Adkins_____ ,    Case No. _____
                                    **Debtor**                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(1)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tara Debord-Perry<br>11615 Edison Drive<br>Knoxville, TN 37932 | | | Debtor pays $2,200/month in child support; debtor has pre-paid through the end of 2012 | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |

Sheet no. __1__ of __4__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤
(Totals of this page)    $        0    |    $        0    |    $        0

Total ➤
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)    $

Totals ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    |    $    |    $

B6E (Official Form 6E) (04/10) - Cont.

In re   William N. Adkins                                        ,          Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ashe County Tax Collector <br> 150 Government Circle # 2200 <br> Jefferson, NC 28640-8960 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> City County Tax Collector <br> PO Box 31457 <br> Charlotte, NC  28231 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Duval County Tax Collector <br> 231 E. Forsyth St. <br> Jacksonville, Fl 32202 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Georgia Department of Revenue <br> 1800 Century Blvd <br> Room 8300 <br> Atlanta, GA  30345 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Totals of this page) | $        0 | $        0 | $        0 |
| Total ➤ (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/10) - Cont.

In re __William N. Adkins_____,    Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)      Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Internal Revenue Service <br> P.O. Box 7346 <br> Philadelphia, PA 19101-7346 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Lincoln County Tax Collector <br> 115 W. Main St. <br> Lincolnton, NC 28092 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Mitchell County Tax Collector <br> 26 Crimson Laurel Cir # 5 <br> Bakersville, NC 28705 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> NC Department of Revenue <br> Central Collection Division <br> P.O. Box 1168 <br> Raleigh, NC  27601 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __3__ of __4__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ | $              0 | $              0 | $              0
(Totals of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

Totals ➤ | $ | $ | $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10) - Cont.

In re  William N. Adkins_____,    Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Virginia Department of Taxation <br> Office of Customer Services <br> Post Office Box 1115 <br> Richmond, VA  23218-1115 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** <br><br> West Virginia Dept of Revenue <br> 1206 Quarrier St <br> Charleston, VW 25301 | | | | | | | Notice Only | Notice Only | Notice Only |
| **ACCOUNT NO.** <br><br> | | | | | | | | | |
| **ACCOUNT NO.** <br><br> | | | | | | | | | |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal ➤ (Totals of this page) | $ 0 | $ 0 | $ 0 |
|---|---|---|---|---|
| | **Total** ➤ (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ 0 | | |
| | **Totals** ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 0 | $ 0 |

B6F (Official Form 6F) (12/07)

In re __William N. Adkins_____,                    Case No. _____
         **Debtor**                                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   121611018<br><br>Alexander Electrical Contractor, Inc.<br>Attn: Floyd Alexander<br>PO Box 325<br>Edenton, NC  27932 | X | | WG NC, LLC | X | | | 87,988 |
| ACCOUNT NO.<br><br>Alpine Creek POA<br>9920 Kincey Ave, S 210<br>Huntersville, NC 28078 | | | Obligation of Landstar Devel. LLC | | | | Notice Only |
| ACCOUNT NO.<br><br>Aucilla Land & Timber, LLC<br>c/o Fallace & Larkin<br>1900 S Hickory St, S A<br>Melbourne, FL 32901 | X | | Adkins Land Group & Waterfront Group Florida, LLC; Counterclaim in lawsuit filed by the above. | X | | X | Unknown |
| ACCOUNT NO.<br><br>Paul Baiser<br>Seyfarth Shaw LLP<br>1075 Peachtree St, NE S 2500<br>Atlanta, GA 30309 | | | Attorney for Wells Fargo Bank, NA | | | | Notice Only |

  11_____continuation sheets attached

Subtotal ➤  | $ | 87,988

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re   William N. Adkins_____,          Case No. _____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  11-CVS-7562<br><br>Balmar NAL Collection, LLC<br>c/o McGuire Woods<br>Attn: Wm Mayberry<br>100 N Tryon St, S 2900<br>Charlotte, NC 28202 | X | | Adkins Land Group; Counterclaim in lawsuit filed by ALG and Waterfront Group Stellarview, LLC | | | | Unknown |
| ACCOUNT NO.<br><br>Bates Bros Farming<br>c/o Robert Thomason<br>102 S Court Square<br>Waverly, TN 37185 | X | | Waterfront Group, Inc., Waterfront Grou, LLC, Highlands at Kentucky Lake, LLC | | | | 4,720 |
| ACCOUNT NO.  963003252800024<br><br>BB&T<br>900 S. Gray Street<br>Knoxville, TN 37902 | X | | obligation of WFG NC, LLC | | | | 6,000,000 |
| ACCOUNT NO.  9630032528<br><br>BB&T<br>900 S. Gray Street<br>Knoxville, TN 37902 | X | | obligation of ALG/Landstar Development | | | | 2,500,000 |
| ACCOUNT NO.<br><br>BHE, Inc.<br>c/o Michael C. Patton<br>165 Madison Ave, S 2000<br>Memphis, TN 38103 | X | | Waterfront Group, LLC, Highlands at Kentucky Lake, LLC | | | | 69,499 |

Sheet no. _1_ of _11_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $  8,574,219

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y 09810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re ___William N. Adkins_____ ,    Case No. _____

           **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Garth D.Bonney <br> Bonney & Smallwood, PA <br> PO Box 737 <br> Panama City, FL 32402 | | | Attorney for Centennial Bank | | | | Notice Only |
| ACCOUNT NO. <br><br> J. Michael Booe <br> K&L Gates <br> 214 N Tryon St, S 4700 <br> Charlotte, NC 28202 | | | Attorney for Wells Fargo | | | | 0 |
| ACCOUNT NO. <br><br> Brasstown POA <br> 9920 Kincey Ave, Suite 210 <br> Huntersville, NC 28078 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Calhoun County Tax Collector <br> 20859 Ave E. Room 107 <br> Blountstown, FL  32424 | X | | Consideration: Apalachicola 2010 & 2011 taxes <br> Waterfront Group Florida, LLC | X | | | 8,587 |
| ACCOUNT NO. <br><br> Camden County Bd of Comm <br> PO Box 99 <br> Woodbine, GA  31569-0099 | X | | Waterfront Group | X | | | 173 |

Sheet no. __2__ of __11__ continuation sheets attached to Schedule of  Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal ➤ | $ | 8,760

                                            Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re   William N. Adkins                                    ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Carolina Koolers <br> 646 Matthews Mint Hill Rd <br> PO Box 2909 <br> Matthews, NC 28106 | | X | Consideration: Lease of water machine by Waterfront Group | | | | 1,440 |
| ACCOUNT NO. 34876 <br> Carolina Trust Bank <br> PO Box 308 <br> Lincolnton, NC 28093 | | X | Obligation of Adkins Aviation; consideration is lien on hanger at Lincolnton Airport | X | | | 104,466 |
| ACCOUNT NO. <br> Carolina Trust Bank <br> PO Box 308 <br> Lincolnton, NC 28093 | | X | Note for letter of credit to IFIC; has collateral from Mark Adkins | X | | X | 140,000 |
| ACCOUNT NO. 3532456050 <br> Centennial Bank, successor to Coastal Community Bank <br> 22 Avenue E, Drawer 370 <br> Apalachicola, FL 32329 | | X | Consideration: Guarantee of Waterfront Group Wetappo <br> Obligation of WFG Wetappo, LLC; Lien on remaining lots in subdivision. | X | | | 1,210,199 |
| ACCOUNT NO. 0040000142001-2107301 <br> Cessna Finance Corp <br> 100 N Boradway, Suite 600 <br> Wichita, KS 67202-2902 | | X | Obligation of Adkins Aviation; consideration is lien on Sirrus G3 aircraft | X | | | 375,282 |

Sheet no. __3__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,831,387

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  William N. Adkins _____,   Case No. _____
           **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Chowan County Tax Dept.<br>PO BOx 1030<br>Edenton, NC 27932 | X | | Consideration: Riversound 2010 & 1011 taxes<br>Waterfront Group, NC, LLC | X | | | 67,161 |
| ACCOUNT NO.<br>Cary D.Cox<br>PO Box 748<br>Blairsville, GA  30512 | X | | Waterfront Group Queens Gap, LLC | X | | | Notice Only |
| ACCOUNT NO.<br>Elk Mountain POA<br>c/o Chuck Munn<br>1426 Dearborn Rd<br>Columbia, SC 29204 | | | | | | | Notice Only |
| ACCOUNT NO.   03-081-095-649509<br>Farm Credit of NW Florida<br>5052 NWY 90E<br>PO Box 7000<br>Marianna, FL 32447-7000 | X | | Consideration: Lien on 420 acre 'Oak Bluff' tract on Appalachicola River.<br>Obligation of WFG Florida, LLC | X | | | 1,150,094 |
| ACCOUNT NO.<br>Frank McDonnell<br>Biltmore Const Co.<br>c/o Robert Thomason<br>102 S Court Square<br>Waverly, TN 37185 | X | | Waterfront Group, Inc., Waterfront Grou, LLC, Highlands at Kentucky Lake, LLC | | | | 11,800 |

Sheet no. __4__ of __11__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,229,055

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re   William N. Adkins                                    ,        Case No. _____
           **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Waterfront Group NC, LLC | | | | |
| Geo Raper & Son, Inc. c/o Sharp, Michael & Graham PO Drawer 1027 Kitty Hawk, NC  27949 | X | | | | | X | 197,000 |
| ACCOUNT NO. | | | Waterfront Group NC, LLC | | | | |
| Godfrey Construction c/o Brian S. Edlin PO Box 10669 Raleigh, NC 27605 | X | | | | | X | 0 |
| ACCOUNT NO. | | | Consideration: Wetappo 2010 & 2011 taxes Waterfront Group Wettapo, LLC | | | | |
| Gulf County Tax Collector 1000 Costin Blvd Rm 147 Port St Joe, FL 32456 | X | | | X | | | 42,669 |
| ACCOUNT NO. | | | | | | | |
| Hidden River POA 9920 Kincey Ave, S 210 Huntersville, NC 28078 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Waterfront Group, Inc., Waterfront Grou, LLC, Highlands at Kentucky Lake, LLC | | | | |
| Holland Contractors c/o Robert Thomason 102 S Court Square Waverly, TN 37185 | X | | | | | | 35,378 |

Sheet no. _5_ of _11_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 275,047

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re   William N. Adkins                                    ,          Case No. _____
                        **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jeff Castleman <br> Castleman Well Drilling <br> c/o Robert Thomason <br> 102 S Court Square <br> Waverly, TN 37185 | X | | Waterfront Group, Inc., Waterfront Grou, LLC, Highlands at Kentucky Lake, LLC | | | | 7,399 |
| ACCOUNT NO. <br><br> Leibowitz & Cohen <br> 608 Gay St SW <br> Knoxville, TN 37902 | | | Attorneys for WFG in Holland Contractors litigation | | | | Notice Only |
| ACCOUNT NO.  11935 <br><br> Lincolnton Medical Group, PLLC <br> 1470 E. Gaston St, S 300 <br> Lincolnton, NC  28092 | X | | Primary obligation of Adkins Pet Center | X | | | 160 |
| ACCOUNT NO. <br><br> Mike Philipi/Philipa Excavating <br> c/o Robert Thomason <br> 102 S Court Square <br> Waverly, TN 37185 | X | | Waterfront Group, Inc., Waterfront Grou, LLC, Highlands at Kentucky Lake, LLC | | | | 10,237 |
| ACCOUNT NO. <br><br> NorthShore POA <br> Advanced Management Services, LLC <br> PO Box 5237 <br> St Mary's, GA 31558 | | | | | | | Notice Only |

Sheet no. __6__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 17,796

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re ___William N. Adkins_____,      Case No. _____
          **Debtor**               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NVR, Inc.<br>11700 Plaza Dr., S 500<br>Reston, VA 20190 | | X | Consideration: Lease of Huntersville office by WMA Management, LLC | | | | 0 |
| ACCOUNT NO.  4359004<br><br>Paetec<br>CIT Comm Fin Corp<br>1 CIT Dr<br>Livingston, NJ 07039 | | | Consideration: Phone service/Adkins Land Group | | | | 3,541 |
| ACCOUNT NO.<br><br>Thomas Parham<br>Attn:  Jeff Jones<br>3318 W Friendly Av, S 300<br>Greensboro, NC 27410-4806 | | X | | | | | 4,500,000 |
| ACCOUNT NO.<br><br>Thomas Parham<br>Parham Company<br>1520 Burnet's Chapel Rd<br>Greensboro, NC 27407-9708 | | X | Lien on helicopter owned by Adkins Aviation | | | | 450,000 |
| ACCOUNT NO.  NC-7290670 FL-7175731<br><br>Pitney Bowes<br>2225 American Dr<br>Neenah, Wi 54956-1005 | | X | Consideration: Lease of postage machine by Waterfront Group | | | | 1,230 |

Sheet no. __7__ of __11__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     4,954,771

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  William N. Adkins                                    ,          Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Queens Gap POA 9920 Kincey Ave, S 210 Huntersville, NC 28078 | | | | | | | Notice Only |
| ACCOUNT NO. River Highlands POA 9920 Kincey Ave, S 210 Huntersville, NC 28078 | | | | | | | Notice Only |
| ACCOUNT NO. RiverSound POA 9920 Kincey Ave, S 210 Huntersville, NC 28078 | | | | | | | Notice Only |
| ACCOUNT NO. Roberson Contracting, Inc. c/o Irvine Law Firm 413 W Main St WIlliamston, NC 27892 | X | | Waterfron Group, NC, LLC | | | X | Unknown |
| ACCOUNT NO. Robert Woods Flying Fence c/o Robert Thomason 102 S Court Square Waverly, TN 37185 | X | | Waterfront Group, Inc., Waterfront Grou, LLC, Highlands at Kentucky Lake, LLC | | | | 14,759 |

Sheet no. __8__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 14,759

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  William N. Adkins                              ,        Case No. _____
             **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rock Harbor POA<br>c/o Seaborn Chavers<br>463 Marble Point Way<br>New Tazewell, TN 37825 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Ronald Franks Constr Co.<br>c/o Robert Thomason<br>102 S Court Square<br>Waverly, TN 37185 | X | | Waterfront Group, Inc., Waterfront Grou, LLC, Highlands at Kentucky Lake, LLC | | | | 177,814 |
| ACCOUNT NO.<br><br>Sheild Engineering, Inc.<br>4301 Taggart Creek Rd<br>Charlotte, NC 28028 | X | | Alpine Creek & Riversound | X | | | 1,815 |
| ACCOUNT NO.<br><br>Shiloh Shores POA<br>c/o Michael Porter<br>14231 S. W. 36th St<br>Miami, FL 33175 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Sims Excavating<br>c/o Robert Thomason<br>102 S Court Square<br>Waverly, TN 37185 | | | Waterfront Group, Inc., Waterfront Grou, LLC, Highlands at Kentucky Lake, LLC | | | | 127,940 |

Sheet no. __9__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      307,569

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re   William N. Adkins                                    ,          Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   Docket No 6760-11 <br><br> Smith & Whitfield Oils, Inc. <br> c/o Maddox Law Office <br> PO Box 827 <br> Huntingdon, TN 38344-0827 | X | | Adkins Land Group, Four Seasons Landscaping, Waterfront Group, Inc, Waterfront Group, LLC | X | | | 10,438 |
| ACCOUNT NO. <br><br> Southern Stone <br> c/o Robert Thomason <br> 102 S Court Square <br> Waverly, TN 37185 | X | | Waterfront Group, Inc., Waterfront Grou, LLC, Highlands at Kentucky Lake, LLC | | | | 7,000 |
| ACCOUNT NO. <br><br> Stellar View POA <br> 9920 Kincey Ave, S 210 <br> Huntersville, NC 28078 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Stillwater POA <br> c/o John Thomas <br> 204 Tutt St <br> Columbia, KY 42728 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Ron Talley <br> Hunter MacLean et al. <br> PO Box 9848 <br> Savannah, GA 31412 | | | Attorney for Wells Fargo Bank, NA | | | | Notice Only |

Sheet no. __10__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        17,438

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re   William N. Adkins_____,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  BQ07<br><br>TASC<br>P.O. Box 7098<br>Madison, WI 53707-7098 | X | | Adkins Land Group | X | | | 529 |
| ACCOUNT NO.  500061484803<br><br>Wells Fargo<br>Commercial Loan Services<br>PO Box 740502<br>Atlanta, GA 30374-0502 | X | | Consideration: Guaranty of obligation of NC Mountain Investments, LLC<br>Balance due is deficiency after foreclosure | | | | 1,030,489 |
| ACCOUNT NO.<br><br>Wells Fargo<br>Rebecca B. Fisher<br>Homebuilders Banking Group<br>4525 Sharon Road, 4th Floor<br>Charlotte, NC 28211 | | | obligation of WFG Florida, LLC; Lien on Northshore Development has been foreclosed .  Remaining amount is deficiency. | | | | 18,531,748 |
| ACCOUNT NO.   Northshore mobil bldg<br><br>William Scotsman, Inc.<br>PO Box 91975<br>Chicago, IL 60693-1975 | X | | Waterfront Group Florida, LLC | X | | | 586 |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no.  11  of  11  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 19,563,352

Total ▶ | $ | 36,882,141

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

**B6G (Official Form 6G) (12/07)**

In re ___William N. Adkins_____    Case No. _____
            **Debtor**                                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Matt Hall<br>13706 Longs Landing Rd W<br>Jacksonville, FL | Lease of house in Jacksonville, FL for $3,250/mo. |
| | |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re   William N. Adkins_____          Case No. _____
                        **Debtor**                                                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mark Adkins<br>16309 Belle Isle Dr<br>Cornelius, NC 28031 | All business creditors |
| Waterfront Group NC, LLC<br>9920 Kincey Ave<br>Huntersville, NC 28078 | BB&T<br>900 S. Gray Street<br>Knoxville, TN  37902 |
| Adkins Land Group<br>9920 Kincey Ave<br>Huntersville, NC 28078 | BB&T<br>900 S. Gray Street<br>Knoxville, TN  37902 |
| NC Mountain Investments, LLC<br>9920 Kincey Ave<br>Huntersville, NC 28078 | Wells Fargo<br>Commercial Loan Services<br>PO Box 740502<br>Atlanta, GA  30374-0502 |
| Adkins Aviation, LLC<br>9920 Kincey Ave<br>Huntersville, NC 28078 | Cessna Finance Corp<br>100 N Boradway, Suite 600<br>Wichita, KS  67202-2902 |
| Adkins Aviation, LLC<br>9920 Kincey Ave<br>Huntersville, NC 28078 | Carolina Trust Bank<br>PO Box 308<br>Lincolnton, NC  28093 |
| Waterfront Group Florida, LLC<br>9920 Kincey Ave<br>Huntersville, NC 28078 | Farm Credit of NW Florida<br>5052 NWY 90E<br>PO Box 7000<br>Marianna, FL 32447-7000 |
| Adkins Pet Center<br>17505 W Catawba Ave Suite 350<br>Cornelius, NC 28031 | Lincolnton Medical Group, PLLC<br>1470 E Gaston St, S 300<br>Lincolnton, NC 28092 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

**B6H (Official Form) (12/07) -- Cont.**

In re William N. Adkins _____     Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Waterfront Group NC, LLC<br>9920 Kincey Ave<br>Huntersville, NC 28078 | Alexander Electrical Contractor, Inc.<br>Attn:  Floyd Alexander<br>PO Box 325<br>Edenton, NC  27932 |
| Waterfront Group Management, LLC<br>9920 Kincey Ave<br>Huntersville, NC 28078 | Kubota Credit Corporation<br>PO Box 0559<br>Carol Stream, IL 60132-0559 |
| Waterfront Group, Inc.<br>Waterfront Group, LLC<br>Highlands at Kentucky Lake, LLC<br>9920 Kincey Ave<br>Huntersville, NC 28078 | Holland Contractors<br>c/o Robert Thomason<br>102 S Court Square<br>Waverly, TN 37185<br>and all other creditors c/o Robert Thomason |
| Waterfront Group, LLC<br>Highlands at Kentucky Lake, LLC<br>9920 Kincey Ave<br>Huntersville, NC 28078 | BHE, Inc.<br>c/o Michael C. Patton<br>165 Madison Ave, S 2000<br>Memphis, TN 38103 |
| Adkins Land Group<br>Waterfront Group Florida, LLC<br>9920 Kincey Ave<br>Huntersville, NC 28078 | Aucilla Land & Timber, LLC<br>c/o Fallace & Larkin<br>1900 S Hickory St, S A<br>Melbourne, FL 32901 |
| Waterfront Group NC, LLC<br>9920 Kincey Ave<br>Huntersville, NC 28078 | Geo Raper & Son, Inc.<br>c/o Sharp, Michael & Graham<br>PO Drawer 1027<br>Kitty Hawk, NC  27949 |
| Waterfront Group NC, LLC<br>9920 Kincey Ave<br>Huntersville, NC 28078 | Godfrey Construction<br>c/o Brian S. Edlin<br>PO Box 10669<br>Raleigh, NC 27605 |
| Waterfront Group NC, LLC<br>9920 Kincey Ave<br>Huntersville, NC 28078 | Roberson Contracting, Inc.<br>c/o Irvine Law Firm<br>413 W Main St<br>WIlliamston, NC 27892 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

**B6I (Official Form 6I) (12/07)**

In re  William N. Adkins                                              Case _____
      **Debtor**                                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:    Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): daughter, wife, daughter | AGE(S): minor, Adult, Minor |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Land Development | Owns boutique |
| Name of Employer | WMA Management, LLC | The Olive Branch |
| How long employed | | |
| Address of Employer | 9920 Kincey Ave, Suite 210 | |
| | Huntersville, NC  28078 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions | $_____0 | $_____0 |
| | (Prorate if not paid monthly.) | | |
| 2. | Estimated monthly overtime | $_____0 | $_____0 |
| 3. | SUBTOTAL | $_____0 | $_____0 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $_____0 | $_____0 |
| | b. Insurance | $_____0 | $_____0 |
| | c. Union Dues | $_____0 | $_____0 |
| | d. Other (Specify:_____) | $_____0 | $_____0 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $_____0 | $_____0 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $_____0 | $_____0 |
| 7. | Regular income from operation of business or profession or farm | $_____0 | $_____100 |
| | (Attach detailed statement) | | |
| 8. | Income from real property | $____3,250 | $_____0 |
| 9. | Interest and dividends | $_____0 | $_____52 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the | | |
| | debtor's use or that of dependents listed above. | $_____0 | $_____0 |
| 11. | Social security or other government assistance | | |
| | ( Specify)_____ | $_____0 | $_____0 |
| 12. | Pension or retirement income | $_____0 | $_____0 |
| 13. | Other monthly income _(S)Investment in husband's projects-amt unknown_ | $_____0 | $_____0 |
| | (Specify) _____ | $_____0 | $_____0 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $____3,250 | $_____152 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $____3,250 | $_____152 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $_____3,402 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    Dr and his wife anticipate income from real estate sales post bankruptcy but can't predict how much or when. _____

_____

_____

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

In re   William N. Adkins _____    Case No. _____
         **Debtor**                                                          **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 7,154 |
| a. Are real estate taxes included?        Yes _____   No __✓__ | | |
| b. Is property insurance included?        Yes _____   No __✓__ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 1,000 |
| b. Water and sewer | $ | 300 |
| c. Telephone | $ | 111 |
| d. Other Esterminator/Alarm | $ | 108 |
| 3. Home maintenance (repairs and upkeep) | $ | 1,500 |
| 4. Food | $ | 1,200 |
| 5. Clothing | $ | 200 |
| 6. Laundry and dry cleaning | $ | 150 |
| 7. Medical and dental expenses | $ | 500 |
| 8. Transportation (not including car payments) | $ | 1,000 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 1,000 |
| 10. Charitable contributions | $ | 0 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 350 |
| b. Life | $ | 0 |
| c. Health | $ | 0 |
| d. Auto | $ | 0 |
| e. Other _____ | $ | 0 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____Property_____ | $ | 2,500 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0 |
| b. Other _____ | $ | 0 |
| c. Other _____ | $ | 0 |
| 14. Alimony, maintenance, and support paid to others | $ | 0 |
| 15. Payments for support of additional dependents not living at your home | $ | 2,200 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0 |
| 17. Other _____Florida house mtge_____ | $ | 3,070 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ | 22,343 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

Child support should decrease to $1,000/month for 2012

_____

_____

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $152.  See Schedule I) | $ | 3,402 |
| b. Average monthly expenses from Line 18 above | $ | 22,343 |
| c. Monthly net income (a. minus b.)    (Net includes Debtor/Spouse combined Amounts) | $ | -18,941 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re   William N. Adkins
_____
Debtor

Case No. _____

Chapter    7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 2 | $ 3,237,500 | | |
| B – Personal Property | YES | 6 | $ 895,613 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 6,431,166 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 6 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $ 36,882,141 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,402 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 22,343 |
| TOTAL | | 34 | $ 4,133,113 | $ 43,313,307 | |

Bankruptcy2012 © 1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

# United States Bankruptcy Court
### Western District of North Carolina

In re    William N. Adkins

Debtor

Case No.

Chapter    7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4.  Total from Schedule F | | $   N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

In re _____William N. Adkins_____  Case No. _____
                **Debtor**                                            **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___36___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___May 4, 2012_____  Signature: ___/s/ William N. Adkins_____
                                                            **Debtor**

Date _____  Signature: ___Not Applicable_____
                                                       **(Joint Debtor, if any)**

                                          **[If joint case, both spouses must sign.]**

-----------------------------------------------------------------------------------------------------------

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

        I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
    Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------------

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____  Signature: _____

                                         _____
                                         [Print or type name of individual signing on behalf of debtor.]

        *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-----------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2012 © 1991-2012, New Hope Software, Inc. - ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## Western District of North Carolina

In Re  William N. Adkins _____    Case No. _____
                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| 2012(db) | 0 | Wages. salaries, tips, etc. |
| 2011(db) | 48,779 | Wages, salaries, tips, etc. |
| 2010(db) | 15,461 | Wages, salaries, tips, etc. |
| | | |
| 2011(nfs) | | |
| 2010(nfs) | | |
| 2009(nfs) | | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

**2.    Income other than from employment or operation of business**

None

☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2012  (db) | 450,000 | Sale of Queens Gap in Feb 2012 to Falling River Ltd, LLC, a DE LLC. |
| 2011(db) | (3,931,239) | capital gain (1,500), other losses (57,404, Schedule E (1,080,075), other income & losses (2,841,039) |

**3.  Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)  any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative  repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Shayna D. Debord Memphis, TN Child support payments | Monthly payments of $2,200 | | |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | February 29, 2012 | 491,645.51 | 0 |
| American Express PO Box 650448 Dallas, TX  75265 | 2/21/2012 | 17,829.94 | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| American Express PO Box 650448 Dallas, TX  75265 | 3/21/2012 | 17,806.67 | |
| Wells Fargo (NC home) | 3/8/2012 | 5,000 | |
| American Express PO Box 650448 Dallas, TX  75265 | 4/25/12 | 36,278.18 | |
| American Express PO Box 650448 Dallas, TX  75265 | 4/26/12 | 200.00 | |
| American Express PO Box 650448 Dallas, TX  75265 | 5/1/12 | 858.33 | |
| American Express PO Box 650448 Dallas, TX  75265 | 5/3/12 | 43.99 | |
| Wells Fargo (NC Home) | 4/3/12 | 5,000.00 | |
| Wells Fargo (NC Home) | 5/1/12 | 5,000.00 | |

None

☐     *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See response to Question 10

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
☐        preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
         information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
         and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| International Fidelity Bonding Company vs. Waterfront Group NC, LLC, et al.; case number 3:11-cv-00116-FDW-DSC | Suit on bond | U.S. District Court, WDNC | Order staying case entered 5/2/12 |
| Farm Credit of NW Florida v. Adkins Land Group, Inc., William N. Adkins & Mark R. Adkins.; 11-387-CA | Suit on guarantee | Circuit Court of the Fourteenth Judicial District, Jackson County, FL | Plaintiff moved for entry of default on 12/16/11 |
| Adkins Land Group, Inc. and Landstar Managment, LLC (N/K/A Waterfront Group Stellar View, LLC) vs. Balmar NAL Collection, LLC; Melbourne Properties; James P O'Hare and James A. O'Hare; 11 CVS-7562 | Breach of Contract, Fraud, Individual liability for Corp acts. | Superior Court - Mecklenburg - Designated complex business case. | Settled 5/3/12 for payment of $20,000 to Waterfront Group Stellar View, LLC & conveyance of lots titled to Waterfront Group Stellar View in NC, WV & VA. |
| Holland Contractors, et al. vs.Waterfront Group, LLC, Waterfront Group, Inc. Highlands at Ky Lake, LLC; 2009-CVS-25 | Action by numerous contractors for labor and materials (related to Balmar case)  PLaintiffs realized ~75% recovery on bond posted . | Waverly TN | Active |
| BHE Inc. vs. ??????; 2009-CV-20 | | | |
| Adkins Land Group, Inc and Waterfront Group Florida, LLC vs. Aucilla Land and Timber, LLC and Aucilla River and Timber Investments, LLC; 16-2008-CA-000769 | unpaid expenses and commissions from sale of development | 4th Judicial Cir. Duval County, Fl | Settled 4/26/12 for $50,000 to Adkins Land Group |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Geo Raper & Son, Inc. vs.Waterfront Group NC, LLC; BB&T; Mark R. Adkins and William N. Adkins; 11 CVS - 7236 | Unpaid labor and materials, Lien priority claim, Individual liability for Corp acts. | Wake County, NC | 3d amended complaint naming individuals filed Jan 2012. |
| Godfrey Construction vs. Geo Raper and son, INC, and Waterfront Group NC, LLC; 11-CVS-7236 | Subcontractor of Raper's also names owner of property. | Superior court Chowan County 11 CVS 103. | WFG NC filed denial August 2011. No present motions pending. |
| Roberson Contracting, Inc. vs. Waterfront Group NC LLC.; 11-CVS-191 | Unpaid labor & materials | Superior court Chowan County | General denial filed. No pending motions. |
| Centennial Bank vs. Waterfront Group Wetappo, LLC, et al.; 12-42-CA | Foreclosure on Wetappo subdivision and deficiency damages against debtor as guarantor. | Fourteenth Judicial CIrcuit, Gulf County, Florida | Pending |
| Wells Fargo Bank, N.A. vs. William N. Adkins; 12-CVS- 634 | Confession of Judgment on promissory note | Mecklenburg County Superior Court | Confession of Judgment entered Jan 9, 2012 |

None     b.     Describe all property that has been attached, garnished or seized under any legal or equitable process within
☒     one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

    **5.**     **Repossessions, foreclosures and returns**

None         List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒     lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None   a.     Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒       the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any
assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b.     List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒       year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None       List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☐       case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter
12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| White Sulphur Springs Football | | 8/15/11 | $1,000 |
| UGA Hero's Madison Ragley's Surperity | | 11/11/11 | $100.00 |
| Peninsula Community Foundation | | 12/5/11 | $100.00 |
| Friends of the Animals | | 12/28/11 | $100.00 |
| Calvary Chapel Morgantown | | 12/28/11 | $250.00 |

**8.   Losses**

None ☒
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.   Payments related to debt counseling or bankruptcy**

None ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| R. B. Alexander & Co, Ltd. 319 South Sharon Amity Rd. Suite 110 Charlotte NC 28211 | 1/6/11 to 9/25/11 Payor: WMA Management, LLC | $25,000 |
| Joseph W. Grier, III 101 N. Tryon St., Suite 1240 Charlotte, NC 28246 | 10/31/2011 | $3,315.00 |
| Joseph W. Grier, III 101 N. Tryon St., Suite 1240 Charlotte, NC 28246 | 11/28/11 | $2,940.18 |
| Joseph W. Grier, III 101 N. Tryon St., Suite 1240 Charlotte, NC 28246 | 1/3/2012 | $2,842.50 |
| Joseph W. Grier, III Joseph W. Grier III Grier Furr & Crisp, PA 101 N Tryon St, S 1240 Charlotte, NC  28246 | 2/17/12 | $6,162.50 |
| Joseph W. Grier, III Joseph W. Grier III Grier Furr & Crisp, PA 101 N Tryon St, S 1240 Charlotte, NC  28246 | 3/21/12 | $4,632.50 |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Joseph W. Grier, III<br>Joseph W. Grier III<br>Grier Furr & Crisp, PA<br>101 N Tryon St, S 1240<br>Charlotte, NC  28246 | 4/16/12 | $14,046 to trust account; $3,740 paid out to firm on 4/16/12 & $2,847.50 paid to firm on 5/4/12 |

**10.  Other transfers**

None ☐   a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Bentley High Point<br>1730 N. Main St.<br>High Point, NC 27262<br> Relationship: None | 9/24/11 | Sale of 2005 Bentley Continental GT; $66,000 |
| Larry Griffin<br> Relationship: None | 9/21/11 | Sale of 2006 Century 2400CC boat; $47,500 |
| William A. Adkins & Andrea Adkins<br>845 Snowqueen Dr.<br>Chiluota, FL 32766<br> Relationship: Father | 10/8/10 | One half interest in 5 acre lot, Snow Queen Dr, Seminole County, Chuluiota, FL; Parcel ID 15-21-32-5UL-0000-0520; value received $45,000 |
| Lavi Adkins<br> Relationship: Wife | 5/10 | $40,000 |
| Lavi Adkins<br> Relationship: wife | 5/16/11 | $15,000.00 |
| Lavi Adkins<br> Relationship: wife | 5/24/11 | $7,500.00 |
| Lavi Adkins<br> Relationship: wife | 6/28/11 | $2,000.00 |
| Charles Durst<br>3605 Dairy Pond Pl<br>Durham, NC 27705 | 9/2/10 | one half interest in 90.35 acres, Brooks Tract; $237,500 |
| Ernst Janvrin<br>1477 West Fairbanks Ave<br>Suite 200<br>Winter Park, FL 32789 | 1/19/11 | 4 - Hickory Woods; $12,000 |
| IFIC | 12/19/11 | $31,147.42 (from Aquesta Bank) |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Christopher & Audrey Shebby<br>2085 Grace Manor Ct<br>McLean, VA  22101<br> Relationship: none | 11/14/11 | 508 Old Stage Rd, White Sulphur Springs, WV 24986; $406,000 |
| CollegeAmerica 529 Plan<br>Lavinia V. Adkins - Owner<br>f/b/o Nadia Nicole Adkins<br> Relationship: daughter | 1/28/11 | $5,000 |
| CollegeAmerica 529 Plan<br>Lavinia V. Adkins - Owner<br>f/b/o Ashley S. ADkins<br> Relationship: daughter | 1/28/11 | $5,000 |
| VSCP/CollegeAmerica<br>William N. Adkins - Owner<br>f/b/o SHayna Danielle Debord<br> Relationship: daughter | various | $200/month per child support agreement |
| American Express<br>PO Box 650448<br>Dallas, TX  75265 | July 2011 | 141,536.69 |
| American Express | August 2011 | 29,238.55 |
| American Express | Sept 2011 | 60,000 |
| American Express | Oct 2011 | 112,829.43 |
| American Express | March 2010 | 53,625.15 |
| American Express | April 2010 | 60,597.61 |
| American Express | May 2010 | 40,764.30 |
| American Express | June 2010 | $47,595.98 |
| American Express | August 2010 | $64,726.98 |
| American Express | Sept 2010 | $25,035.86 |
| American Express | Nov 2010 | $47,537.68 |
| American Express | December 2010 | $43,492.54 |
| American Express | Jan 2011 | $31,009.11 |
| American Express | Feb 2011 | $36,530.94 |
| American Express<br>PO Box 650448<br>Dallas, TX  75265 | March 2011 | $62,766.82 |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| American Express<br>PO Box 650448<br>Dallas, TX 75265 | May 2011 | $34,350.88 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265 | May 2011 | $82,182.21 |
| American Express | June 2011 | $78,000 |
| Purchase of Greenbrier, WV house<br>  Relationship: none | 4/15/10 | $954,294.36 (from New Dominion Jt MM Act) |
| Lavi Adkins<br>  Relationship: wife | 6/2/10 | $10,000 (from ND Jt MM Act) |
| Waterfront Group Mgmt, Inc.<br>  Relationship: Insider | 7/19/10 | $100,000 (from ND Jt MM Act) |
| Waterfront Group Contuck<br>  Relationship: Insider | 8/9/10 | $50,000 (from ND Jt MM Act) |
| ?? | 12/3/10 | $38,500 (from ND Jt MM Act) |
| Hidden River<br>  Relationship: insider | 2/15/2011 | $37,500 (from New Dominion Jt MM Act) |
| Purchase of Queens Gap | 3/30/11 | $430,022.51 (from New Dominion Jt MM Act); purchase of Queens Gap |
| Purchase of Waterfront Queens Gap | 4/6/11 | $20,000 (from New Dominion Jt MM act); purchase of Waterfront Queens Gap |
| Hidden River Investment | 4/12/11 | $500,000 (from New Dominion Jt MM Act); purchaes of Hidden River Investment |
| Lavi Adkins<br>  Relationship: wife | 7/11/11 | $50,000 (from ND Jt MM Act) |
| Tom Parham<br>Parham Company<br>1520 Burnet's Chapel Rd<br>Greensboro, NC 27407-9708 | 9/27/11 | $148,667 (from New Dominion Jt MM Act) |
| Nancy Howard | 9/28/11 | $122,661.25 (from New Dominion Jt MM Act) |
| Waterfront Group Mgt<br>  Relationship: insider | 7/8/10 | $100,000 loan |
| Waterfront Group Mgt.<br>  Relationship: insider | 7/28/10 | $50,000 loan |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Waterfront Group Mgt<br>Relationship: insider | 9/7/10 | $16,500 loan |
| WMA Management, LLC<br>Relationship: insider | 2/3/11 | $25,049.08 (Amex charges) |
| Nancy Howard | 3/15/11 | $115,040 repayment of RiverSound loan |
| Tom Parham<br>Parham Company<br>1520 Burnet's Chapel Rd<br>Greensboro, NC 27407-9708 | 3/15/11 | $129,460 repayment of RiverSound loan |
| Waterfront Group Queens Gap, LLC<br>Relationship: insider | 3/24/11 | $24,000 investment |
| Waterfront Group Aurora, LLC<br>Relationship: insider | 3/24/11 | $50,000 investment |
| Hugh J. Franklin Trust Account<br>Relationship: Attorney | 1/7/11 | $16,250 Betty's Creek (earnest money) |
| Hugh J. Franklin Trust Account<br>Relationship: Attorney | 1/7/11 | $26,000 Hills @ Queens Gap (earnest money) |
| Hugh J. Franklin Trust Account<br>Relationship: Attorney | 1/7/11 | $10,000 Mountain Laurel (earnest money) |
| IFIC | 12/14/11 | $31,147.42 wire transfer from Acquesta Act |
| John Hoffman & wife<br>18834 Peninsula Cove Lane<br>Cornelius, NC 28031 | 2/9/2012 | 5 Lots & additional land, Mitchell County, NC, tax parcel 0788-00-24-2998; Debtor received $50,000 & paid one half to wife for childrens' education expenses |
| Thomas Conley | 2/13/2012 | Interest in Farm & Land Management, LLC; debtor received $63,400 |
| Andrea S. Vapaa, Trustee<br>36 S. Cliffe Dr.<br>Wilmington, DE 19809 | 12/2/2011 | One half interest in .937 acres, Rich Knob Rd, Mitchell County, NC (see Bk RE 518, P 384); Debtor received $4,500 |
| David Montanaro | 12/6/10 | 2006 Cobalt 282 boat; $73,000 |
| Greenbrier Sporting Club<br>Greenbrier, VW<br>Relationship: None | 11/14/2011 | Greenbrier Sporting Club Membership; $40,000 |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| New Dominion Bank PO Box 37389 Charlotte, NC 28237 | Money Market; Act No. ***63 Closing Balance: $5,731 | Feb __, 2012 |

**12.  Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Aquesta Bank PO Box 700 Cornelius, NC  28031 | | | Closed 8/4/2011 |

**13.  Setoffs**

None

☒         List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None

☒         List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None

☒         If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None

☒         If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

☒         a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Waterfront Group Marketing NC, LLC | 27-0245271 | 17505 West Catawba Ave, Suite 350 Cornelius, NC 28031 | real estate brokerage (holds license) & marketing | 6/9/2009 to present |
| Waterfront Group Hidden River, LLC, f/k/a Mountaintop Land Development, LLC | 27-3640771 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | 12/21/2009 to present (waiting on formal dissolution) |
| Waterfront Group Wolf Pen Gap, LLC | 27-4203901 | | retail lot development, marketing & sales; no debt, lots sold out, some closings pending; $100K? | waiting on formal dissolution |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Waterfront Group Mountain Laurel, LLC, f/k/a Waterfront Group Marketing, LLC | 27-0555220 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales; no remaining assets | 7/15/2009 to 2/21/12 |
| Waterfront Group Queens Gap, LLC | 27-4946012 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales; plans retail sale in late March 2012; sold lots to investor on Feb __, 2012; will borrow funds for costs of retail sale | 3/8/2011 to present |
| WFG NC I, LLC | 45-1355282 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales; River Highlands; remaining lots secured by d/t to DES Propeties; 150K equity @ retail | 3/23/2011 to present |
| WFG NC II, LLC | 45-1355508 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | 3/23/2011 to present |
| Waterfront Group Mountain Creek, LLC, f/k/a Waterfront Group Chishold Estates, LLC | 27-3074393 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | 7/22/2010 to 3/2/12 |
| Waterfront Group Eagle Chase, LLC | 27-4203767 | | retail lot development, marketing & sales; no debt; water system pending; road problems, no equity | |
| Waterfront Group Brasstown, LLC, f/k/a Waterfront Group Hiawassee, LLC | 27-3572065 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | 3/18/2010 to 2/21/12 |
| Farm & Land Management, LLC | 45-2039692 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | land clearing equipment | 4/28/11 to 2/13/12 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Grace Ridge, LLC | 26-4698648 | 9920 Kincey Avenue, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | 4/16/2009 to 2/21/12 |
| Waterfront Group NC, LLC | 20-2074751 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales; Riversound Development | 1/28/2005 to present |
| Waterfront Group, Inc. | 54-1869429 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | 12/9/2008 to present |
| Waterfront Group, LLC | 01-0613271 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | 12/9/2008 to present |
| Adkins Land Group, Inc., d/k/a Timberline Corporation | 54-1700640 | 9920 Kincey Ave, Suite 210 Huntersville NC 28078 | retail lot development, marketing & sales | Began 5/1/2003; no remaining assets |
| Swiper Lot Clearing, Inc., f/k/a Four Seasons Landscaping, Inc. | 54-1869435 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | | 8/29/2009 to present |
| Adkins Aviation, LLC, f/k/a Timberline Aviation, LLC | 45-0493103 | 9920 Kincey Ave Huntersville, NC 28078 | Owns 1 Cessna aircraft, 1 helicopter & hanger | 1/6/2006 to present |
| Landstar Development, LLC | 62-1845368 | 9920 Kincey Avenue, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales; Mitchell County Farm | 5/6/2003 to present |
| Waterfront Group Florida, LLC | 20-2676733 | | retail lot development, marketing & sales; Northshore Development & Apalachicola River Tract | |
| NC Mountain Investments, LLC | 26-0530352 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales; Mineral rights to 980 acre tract, McDowell County, NC recently sold | 7/13/2007 to present |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| WFG Management, LLC | 27-5012351 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | | 2/16/2011 to present |
| WMA Management, LLC, f/k/a Waterfront Group Management, Inc. | 27-0390543 | 17115 Kenton Dr, Suite 204A Cornelius, NC 28031 | General partner of WMA, LP and manager of asset companies | 8/5/2010 to present |
| WMA, LP | 26-4721709 | 17505 W Catawba Ave, Suite 350 Cornelius, NC  28031 | Sole member of Debtor's asset companies | 4/20/2009 to present |
| Waterfront Group Marketing TN, LLC | 27-0245312 | | | |
| Waterfront Group Marketing FL, LLC | 27-0258857 | | | waiting on formal dissolution |
| Highlands at Kentucky Lake, LLC | 26-2611659 | | retail lot development, marketing & sales | |
| Waterfront Group Stellarview, LLC, f/k/a Landstar Management, LLC | 26-2573926 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | 4/30/2008 to present |
| Waterfront Group Aurora, LLC, f/k/a WMA Farms, LLC | 27-3545622 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | 12/21/2009 to 2/21/12 |
| Waterfront Group Wetappo, LLC, f/k/a Waterfront Group FL, LLC | 20-8579904 | | retail lot development, marketing & sales; Owns marsh land which it intends to convey to lot owners | |
| Aurora Investors, LP | 27-5012440 | 17115 Kenton Dr, Suite 204 A Cornelius, NC 28031 | retail lot development, marketing & sales; Assets recently distributed and LP agreement amended to remove debtor. | 2/16/11 to [date] |
| Adkins Pet Center, Inc., f/k/a Adkins Animal Shelter, Inc. | | 17115 Kenton Dr Suite 204A Cornelius, NC 28031 | Non profit | 12/2/2005 to present |
| Camp New Hope, Inc. | | 17505 West Catawba Ave, Suite 350 Cornelius, NC 28031 | Non profit | 4/18/06 to present |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Adkins Land Group Realty, LLC | 56-2249243 | 17505 West Catawba Ave, Ste 350 Cornelius, NC 28031 | retail lot development, marketing & sales | 4/23/2001 to 2/3/2011 |
| Waterfront Group Contuck Group, LLC | 27-3051397 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | 7/20/2010 to [to be dissolved?] |
| Waterfront Group Elk Mountain, LLC | 27-0554939 | 17505 West Catawba Ave, Suite 350 Cornelius, NC 28031 | retail lot development, marketing & sales | 7/15/2009 to 2/3/2011 |
| Waterfront Group Sunrise, LLC | | 17505 West Catawba Ave Suite 350 Cornelius, NC 28031 | retail lot development, marketing & sales | 7/10/2009 to 6/17/2010 |
| WFG Creek, LLC | 45-2741404 | 9920 Kincey Avenue, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | 7/7/2011 to 2/21/12 |
| WFG Investors I, LLC, f/k/a WFG Investors I, LP | 45-1671502 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | 3/24/2011 to 2/21/12 |
| WFG Mountain, LLC | 45-2741450 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | 7/8/2011 to 2/21/12 |
| Hidden River Investors, LP | 45-1356854 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | 3/24/2011 to present |
| WFG Georgia I, LLC | 45-1355753 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | dissolved 2/23/12 |
| WFG Georgia II, LLC | 45-1355994 | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | dissolved 2/23/12 |
| Waterfront Group Alabama, LLC | | 9920 Kincey Ave, Suite 210 Huntersville, NC 28078 | retail lot development, marketing & sales | |
| Adkins Foundation, Inc. | | 17505 W Catawba Ave, Suite 350 Cornelius, NC 28031 | Non-profit | 12/29/2005 to present |
| Landstar Management Corp. | | | | |
| Land Survey Group, Inc. | | | | |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| The Company Store, LLC | | | | |
| Waterfront Group TN, LLC | | | retail lot development, marketing & sales | |
| Waterfront Group MS, LLC | | | retail lot development, marketing & sales | |
| Waterfront Group South Carolina, LLC | | | retail lot development, marketing & sales | |
| Land Survey Group, Inc. | | 17505 W Catawba Ave, S 350 Cornelius, NC 28031 | | 1/17/07 to 3/5/10 |
| Palmetto Investment Corp. | | 17505 W Catawba Ave, S 350 Cornelius, NC 28031 | retail lot development, marketing & sales | 8/19/99 to 5/10/07 |
| Waterfront Georgia, LLC | | | retail lot development, marketing & sales | |
| Waterfront Group GA, LLC | | | retail lot development, marketing & sales | |

---

      b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☐

      NAME                                    ADDRESS

All businesses listed above, unless otherwise indicated, are single asset real estate entities.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐          bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                           DATES SERVICES RENDERED

Boatsman Gillmore
1435 West Morehead St.
Suite 120
Charlotte, NC  28208

---

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒          have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

---

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books
☒          of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                          ADDRESS

---

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐          financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                           DATE
                                                           ISSUED

Wells Fargo

BB&T

International Fidelity
c/o William H. Sturges
128 S Tryon St, S 1800
Charlotte, NC  28202-5013

Apalachicola State Bank

Bankruptcy2012 © 1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

Carmel & Carmel, PC
5301 Wisconsin Ave, NW
Suite 570
Washington, DC  20015

Carolina Trust Bank
PO Box 308
Lincolnton, NC  28093

Cessna Finance Corp.
100 N Broadway, S 600
Wichita, KS  67202-2902

Farm Credit of NW Florida
5052 Nwy 90E
PO Box 7000
Marianna, FL  32447-7000

Kubota Credit Corporation
PO Box 0559
Carol Stream, IL 60132-0559

Macon Bank
220 One Center Court
Franklin, NC 28734

Peoples Bank
PO Box 467
Newton, NC  28658

Wells Fargo
Commercial Loan Services
PO Box 740502
Atlanta, GA  30374-0502

Wachovia Bank

---

**20. Inventories**

None
☒

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒       reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF
                                                 INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☒       or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                      TITLE                    NATURE AND PERCENTAGE OF
                                                                    STOCK OWNERSHIP

**22.  Former partners, officers, directors and shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒       preceding the commencement of this case.

NAME                          ADDRESS                      DATE OF WITHDRAWAL

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☒       within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                      TITLE                    DATE OF TERMINATION

**23.   Withdrawals from a partnership or distribution by a corporation**

None          If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒       including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
        during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF              DATE AND PURPOSE              AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP          OF WITHDRAWAL              DESCRIPTION AND VALUE
TO DEBTOR                                                       OF PROPERTY

### 24. Tax Consolidation Group

None ⊠       If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds

None ⊠       If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    May 4, 2012                    Signature    /s/ William N. Adkins
of Debtor
                                                     WILLIAM N. ADKINS

_____0_____ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____        _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Western District of North Carolina

William N. Adkins

In re _____ ,    Case No. _____
                        Debtor                                                    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br> ING Mortgage | **Describe Property Securing Debt:**<br> House at 16315 Belle Isle Dr |

Property will be *(check one)*:

☐ Surrendered            ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain <u>retain, keep current</u>_____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt            ☑ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br> ING Mortgage<br> PO Box 60<br> St Cloud, MN  56302 | **Describe Property Securing Debt:**<br> Lot at 16325 Belle Isle Dr. |

Property will be *(check one)*:

☐ Surrendered            ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain <u>retain, keep current</u>_____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt            ☑ Not claimed as exempt

B8 (Official Form 8) (12/08)                                                                                      Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No.  1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ❑ YES      ❑ NO |

| Property No.  2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ❑ YES      ❑ NO |

| Property No.  3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ❑ YES      ❑ NO |

___1___continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: May 4, 2012_____                    /s/ William N. Adkins_____
                                                         Signature of Debtor

                                                         _____
                                                         Signature of Joint Debtor

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B8 (Official Form8)(12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

| Property No: 3 | |
|---|---|
| **Creditor's Name:**<br>Community One Bank<br>PO Box 1328<br>Asheboro, NC  27204 | **Describe Property Securing Debt:**<br>Cabin in Ashe County, NC |

Property will be    *(check one):*

☐  Surrendered          ☑  Retained

If retaining the property, I intend to    *(check at least one):*

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  retain, keep current _____    (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is    *(check one):*
☐  Claimed as exempt          ☑  Not claimed as exempt

---

| Property No: 4 | |
|---|---|
| **Creditor's Name:**<br>People's Bank<br>PO Box 467<br>Newton, NC  28658 | **Describe Property Securing Debt:**<br>Storage Bldg in Iron Station, NC |

Property will be    *(check one):*

☐  Surrendered          ☑  Retained

If retaining the property, I intend to    *(check at least one):*

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  retain, keep current _____    (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is    *(check one):*
☐  Claimed as exempt          ☑  Not claimed as exempt

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B8 (Official Form8)(12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

| Property No: 5 | |
|---|---|
| **Creditor's Name:**<br>People's Bank<br>PO Box 467<br>Newton, NC  28658 | **Describe Property Securing Debt:**<br>Adkins Pet Center |

Property will be   *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to   *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☑ Other.  Explain  _retain, keep current_____   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one)*:
☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No: 6 | |
|---|---|
| **Creditor's Name:**<br>BB&T<br>900 S. Gray St<br>Knoxville, TN  37902 | **Describe Property Securing Debt:**<br>11.894 acres, Obids Township, Ashe County, NC |

Property will be   *(check one)*:

☑ Surrendered          ☐ Retained

If retaining the property, I intend to   *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☐ Other.  Explain  _____   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one)*:
☐ Claimed as exempt          ☑ Not claimed as exempt

Bankruptcy2012 © 1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B8 (Official Form8)(12/08)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** - Continuation

| Property No: 7 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo<br>PO Box 10335<br>Des Moines, IA  50306 | **Describe Property Securing Debt:**<br>House in Duval County, Florida |

Property will be   *(check one)*:

☑ Surrendered          ☐ Retained

If retaining the property, I intend to   *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one)*:
☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No: 8 | |
|---|---|
| **Creditor's Name:**<br>IFIC<br>c/o William Sturges<br>128 S Tryon St, S 1800<br>Charlotte, NC 28202-5013 | **Describe Property Securing Debt:**<br>IFIC Deposit |

Property will be   *(check one)*:

☑ Surrendered          ☐ Retained

If retaining the property, I intend to   *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one)*:
☐ Claimed as exempt          ☑ Not claimed as exempt

Adkins Aviation, LLC
9920 Kincey Ave
Huntersville, NC 28078


Adkins Aviation, LLC
9920 Kincey Ave
Huntersville, NC 28078


Adkins Land Group
9920 Kincey Ave
Huntersville, NC 28078


Adkins Land Group
Waterfront Group Florida, LLC
9920 Kincey Ave
Huntersville, NC 28078


Adkins Pet Center
17505 W Catawba Ave Suite 350
Cornelius, NC 28031


Alexander Electrical Contractor, Inc.
Attn:  Floyd Alexander
PO Box 325
Edenton, NC   27932


Alpine Creek POA
9920 Kincey Ave, S 210
Huntersville, NC 28078


Ashe County Tax Collector
150 Government Circle # 2200
Jefferson, NC 28640-8960


Aucilla Land & Timber, LLC
c/o Fallace & Larkin
1900 S Hickory St, S A
Melbourne, FL 32901


Paul Baiser
Seyfarth Shaw LLP
1075 Peachtree St, NE S 2500
Atlanta, GA 30309

Balmar NAL Collection, LLC
c/o McGuire Woods
Attn:  Wm Mayberry
100 N Tryon St, S 2900
Charlotte, NC  28202


Bates Bros Farming
c/o Robert Thomason
102 S Court Square
Waverly, TN 37185


BB&T
900 S. Gray Street
Knoxville, TN  37902


BB&T
900 S. Gray Street
Knoxville, TN  37902


BHE, Inc.
c/o Michael C. Patton
165 Madison Ave, S 2000
Memphis, TN 38103


Garth D.Bonney
Bonney & Smallwood, PA
PO Box 737
Panama City, FL 32402


J. Michael Booe
K&L Gates
214 N Tryon St, S 4700
Charlotte, NC 28202


Brasstown POA
9920 Kincey Ave, Suite 210
Huntersville, NC 28078


Calhoun County Tax Collector
20859 Ave E. Room 107
Blountstown, FL  32424

Camden County Bd of Comm
PO Box 99
Woodbine, GA   31569-0099


Carolina Koolers
646 Matthews Mint Hill Rd
PO Box 2909
Matthews, NC 28106


Carolina Trust Bank
PO Box 308
Lincolnton, NC   28093


Carolina Trust Bank
PO Box 308
Lincolnton, NC   28093


Centennial Bank, successor to
Coastal Community Bank
22 Avenue E, Drawer 370
Apalachicola, FL 32329


Cessna Finance Corp
100 N Boradway, Suite 600
Wichita, KS   67202-2902


Chowan County Tax Dept.
PO BOx 1030
Edenton, NC 27932


City County Tax Collector
PO Box 31457
Charlotte, NC   28231


Community One Bank
PO Box 1328
Asheboro, NC   27204


Cary D.Cox
PO Box 748
Blairsville, GA   30512

Tara Debord-Perry
11615 Edison Drive
Knoxville, TN 37932


Duval County Tax Collector
231 E. Forsyth St.
Jacksonville, Fl 32202


Elk Mountain POA
c/o Chuck Munn
1426 Dearborn Rd
Columbia, SC 29204


Farm Credit of NW Florida
5052 NWY 90E
PO Box 7000
Marianna, FL 32447-7000


Frank McDonnell
Biltmore Const Co.
c/o Robert Thomason
102 S Court Square
Waverly, TN 37185


Geo Raper & Son, Inc.
c/o Sharp, Michael & Graham
PO Drawer 1027
Kitty Hawk, NC  27949


Georgia Department of Revenue
1800 Century Blvd
Room 8300
Atlanta, GA  30345


Godfrey Construction
c/o Brian S. Edlin
PO Box 10669
Raleigh, NC 27605


Gulf County Tax Collector
1000 Costin Blvd Rm 147
Port St Joe, FL 32456

Hidden River POA
9920 Kincey Ave, S 210
Huntersville, NC 28078


Holland Contractors
c/o Robert Thomason
102 S Court Square
Waverly, TN 37185


ING Mortgage
PO Box 60
St Cloud, MN  56302


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


International Fidelity Bonding Company
c/o William Sturges
128 S Tryon St, S 1800
Charlotte, NC  28202-5013


Jeff Castleman
Castleman Well Drilling
c/o Robert Thomason
102 S Court Square
Waverly, TN 37185


Leibowitz & Cohen
608 Gay St SW
Knoxville, TN 37902


Lincoln County Tax Collector
115 W. Main St.
Lincolnton, NC 28092


Lincolnton Medical Group, PLLC
1470 E. Gaston St, S 300
Lincolnton, NC  28092


Mark Adkins
16309 Belle Isle Dr
Cornelius, NC 28031

Matt Hall
13706 Longs Landing Rd W
Jacksonville, FL


Mike Philipi/Philipa Excavating
c/o Robert Thomason
102 S Court Square
Waverly, TN 37185


Mitchell County Tax Collector
26 Crimson Laurel Cir # 5
Bakersville, NC 28705


NC Department of Revenue
Central Collection Division
P.O. Box 1168
Raleigh, NC  27601


NC Mountain Investments, LLC
9920 Kincey Ave
Huntersville, NC 28078


NorthShore POA
Advanced Management Services, LLC
PO Box 5237
St Mary's, GA 31558


NVR, Inc.
11700 Plaza Dr., S 500
Reston, VA 20190


Paetec
CIT Comm Fin Corp
1 CIT Dr
Livingston, NJ 07039


Thomas Parham
Attn:  Jeff Jones
3318 W Friendly Av, S 300
Greensboro, NC 27410-4806

Thomas Parham
Parham Company
1520 Burnet's Chapel Rd
Greensboro, NC 27407-9708


Peoples Bank
PO Box 467
Newton, NC  28658


Peoples Bank
PO Box 467
Newton, NC  28658


Pitney Bowes
2225 American Dr
Neenah, Wi 54956-1005


Queens Gap POA
9920 Kincey Ave, S 210
Huntersville, NC 28078


River Highlands POA
9920 Kincey Ave, S 210
Huntersville, NC 28078


RiverSound POA
9920 Kincey Ave, S 210
Huntersville, NC 28078


Roberson Contracting, Inc.
c/o Irvine Law Firm
413 W Main St
WIlliamston, NC 27892


Robert Woods
Flying Fence
c/o Robert Thomason
102 S Court Square
Waverly, TN 37185

Rock Harbor POA
c/o Seaborn Chavers
463 Marble Point Way
New Tazewell, TN 37825


Ronald Franks Constr Co.
c/o Robert Thomason
102 S Court Square
Waverly, TN 37185


Sheild Engineering, Inc.
4301 Taggart Creek Rd
Charlotte, NC 28028


Shiloh Shores POA
c/o Michael Porter
14231 S. W. 36th St
Miami, FL 33175


Sims Excavating
c/o Robert Thomason
102 S Court Square
Waverly, TN 37185


Smith & Whitfield Oils, Inc.
c/o Maddox Law Office
PO Box 827
Huntingdon, TN 38344-0827


Southern Stone
c/o Robert Thomason
102 S Court Square
Waverly, TN 37185


Stellar View POA
9920 Kincey Ave, S 210
Huntersville, NC 28078


Stillwater POA
c/o John Thomas
204 Tutt St
Columbia, KY 42728

Ron Talley
Hunter MacLean et al.
PO Box 9848
Savannah, GA 31412


TASC
P.O. Box 7098
Madison, WI  53707-7098



Virginia Department of Taxation
Office of Customer Services
Post Office Box 1115
Richmond, VA  23218-1115



Waterfront Group Florida, LLC
9920 Kincey Ave
Huntersville, NC 28078


Waterfront Group Management, LLC
9920 Kincey Ave
Huntersville, NC 28078


Waterfront Group NC, LLC
9920 Kincey Ave
Huntersville, NC 28078


Waterfront Group NC, LLC
9920 Kincey Ave
Huntersville, NC 28078


Waterfront Group NC, LLC
9920 Kincey Ave
Huntersville, NC 28078


Waterfront Group NC, LLC
9920 Kincey Ave
Huntersville, NC 28078


Waterfront Group NC, LLC
9920 Kincey Ave
Huntersville, NC 28078

Waterfront Group, Inc.
Waterfront Group, LLC
Highlands at Kentucky Lake, LLC
9920 Kincey Ave
Huntersville, NC 28078


Waterfront Group, LLC
Highlands at Kentucky Lake, LLC
9920 Kincey Ave
Huntersville, NC 28078


Wells Fargo
Commercial Loan Services
PO Box 740502
Atlanta, GA  30374-0502


Wells Fargo
PO Box 10335
Des Moines, IA  50306


Wells Fargo
PO Box 536205
Atlanta, GA 30353-62505


Wells Fargo
Rebecca B. Fisher
Homebuilders Banking Group
4525 Sharon Road, 4th Floor
Charlotte, NC 28211


West Virginia Dept of Revenue
1206 Quarrier St
Charleston, VW 25301


William Scotsman, Inc.
PO Box 91975
Chicago, IL 60693-1975

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

In re  William N. Adkins
_____
        Debtor(s)

Case Number:_____
              (If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| --- |
| ☐ **The presumption arises.** |
| ☑ **The presumption does not arise.** |
| ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by §707(b)(2)(C).

## Part I. MILITARY AND NON-CONSUMER DEBTORS

| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| --- | --- |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>    ☐ I remain on active duty /or/<br>    ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>    ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/10) - Cont.

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION |
|---|

<table>
<tr><td rowspan="5">2</td><td colspan="3"><b>Marital/filing status.</b> Check the box that applies and complete the balance of this part of this statement as directed.</td></tr>
<tr><td colspan="3">a. ☐ <b>Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.</b></td></tr>
<tr><td colspan="3">b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." <b>Complete only Column A ("Debtor's Income") for Lines 3-11.</b></td></tr>
<tr><td colspan="3">c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. <b>Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.</b></td></tr>
<tr><td colspan="3">d. ☐ Married, filing jointly. <b>Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.</b></td></tr>
<tr><td></td><td>All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line.</td><td><b>Column A Debtor's Income</b></td><td><b>Column B Spouse's Income</b></td></tr>
<tr><td>3</td><td><b>Gross wages, salary, tips, bonuses, overtime, commissions.</b></td><td>$        N.A.</td><td>$        N.A.</td></tr>
<tr><td rowspan="4">4</td><td><b>Income from the operation of a business, profession or farm.</b> Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. <b>Do not include any part of the business expenses entered on Line b as a deduction in Part V.</b></td><td></td><td></td></tr>
<tr><td><table><tr><td>a.</td><td>Gross receipts</td><td>$        N.A.</td></tr></table></td><td></td><td></td></tr>
<tr><td><table><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$        N.A.</td></tr></table></td><td></td><td></td></tr>
<tr><td><table><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table></td><td>$        N.A.</td><td>$        N.A.</td></tr>
<tr><td rowspan="4">5</td><td><b>Rent and other real property income.</b> Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. <b>Do not include any part of the operating expenses entered on Line b as a deduction in Part V.</b></td><td></td><td></td></tr>
<tr><td><table><tr><td>a.</td><td>Gross receipts</td><td>$        N.A.</td></tr></table></td><td></td><td></td></tr>
<tr><td><table><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$        N.A.</td></tr></table></td><td></td><td></td></tr>
<tr><td><table><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table></td><td>$        N.A.</td><td>$        N.A.</td></tr>
<tr><td>6</td><td><b>Interest, dividends and royalties.</b></td><td>$        N.A.</td><td>$        N.A.</td></tr>
<tr><td>7</td><td><b>Pension and retirement income.</b></td><td>$        N.A.</td><td>$        N.A.</td></tr>
<tr><td>8</td><td><b>Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.</b> Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; If a payment is listged in Column A, do not report that payment in Column B.</td><td>$        N.A.</td><td>$        N.A.</td></tr>
<tr><td rowspan="2">9</td><td><b>Unemployment compensation.</b> Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:</td><td rowspan="2">$        N.A.</td><td rowspan="2">$        N.A.</td></tr>
<tr><td><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $ ___N.A.___</td><td>Spouse $ ___N.A.___</td></tr></table></td></tr>
</table>

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

| 10 | Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | $          N.A. | |
| | b. | $          N.A. | |
| | Total and enter on Line 10 | $          N.A. | $          N.A. |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $          N.A. | $          N.A. |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $                              N.A. | |

| | **Part III. APPLICATION OF § 707(b)(7) EXCLUSION** | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $          N.A. |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: ___NorthCarolina___   b. Enter debtor's household size: ____1____ | $          39,088 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the "The presumption does not arise" box at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI and VII of this statement only if required. (See Line 15).**

| | **Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | $          N.A. |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 17. | $          N.A. |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $          N.A. |

Bankruptcy2012 © 1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

B22A (Official Form 22A) (Chapter 7) (12/10) - Cont.

**4**

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

| | **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | |
|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of person is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $          N.A. |

**19B** — National Standards: health care. Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B.

| **Persons under 65 years of age** | | | **Persons 65 years of age or older** | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | N.A. | a2. | Allowance per person | N.A. |
| b1. | Number of persons | N.A. | b2. | Number of persons | N.A. |
| c1. | Subtotal | N.A. | c2. | Subtotal | N.A. |

$          N.A.

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $          N.A. |

**20B** — Local Standards: housing and utilities; mortgage/rent expense.  Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.**

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $          N.A. |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $          N.A. |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

$          N.A.

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>_____<br>_____<br>_____ | N.A.<br>$ |

B22A (Official Form 22A) (Chapter 7) (12/10) - Cont.

5

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0 ☐ 1 ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ N.A. |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ N.A. |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1 ☐ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<br><br>| a. | IRS Transportation Standards, Ownership Costs | $ N.A. |<br>| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ N.A. |<br>| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | | $ N.A. |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<br><br>| a. | IRS Transportation Standards, Ownership Costs | $ N.A. |<br>| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ N.A. |<br>| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | | $ N.A. |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ N.A. |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ N.A. |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ N.A. |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ N.A. |

| | | |
|---|---|---|
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ N.A. |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ N.A. |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ N.A. |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ N.A. |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32 | $ N.A. |

| | | |
|---|---|---|
| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32.** | |
| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>| a. | Health Insurance | $ N.A. |<br>| b. | Disability Insurance | $ N.A. |<br>| c. | Health Savings Account | $ N.A. |<br><br>Total and enter on Line 34.<br><br>**If you do not actually expend this total amount,** state your actual average expenditures in the space below:<br><br>$ _____ N.A. _____ | $ N.A. |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ N.A. |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ N.A. |
| 37 | **Home energy costs** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ N.A. |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ N.A. |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court**.) You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | N.A. |
|---|---|---|---|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170 (c)(1)-(2) | $ | N.A. |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ | N.A. |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total Average Monthly payments on Line 42. |   |   |
|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c | |

$ N.A.

| 43 | **Other payments on secured claims.** If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |   |   |
|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |

$ N.A.

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ | N.A. |
|---|---|---|---|

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

Bankruptcy2012 © 1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30908-302Y-09810 - PDF-XChange 2.5 DE

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
| | a. | Projected average monthly Chapter 13 plan payment. | $ N.A. | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x N.A. | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ N.A. |
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | | $ N.A. |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ N.A. |

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ N.A. |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ N.A. |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ N.A. |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ N.A. |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br>☑ **The amount on Line 51 is less than $7,075\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ N.A. |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ N.A. |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

### Part VII: ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
| | | Expense Description | Monthly Amount |
| | a. | | $ N.A. |
| | b. | | $ N.A. |
| | c. | | $ N.A. |
| | | Total: Add Lines a, b and c | N.A. |

*Amounts are subject to adjustment on 4/1/2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (12/10) - Cont.

**9**

| | Part VIII: VERIFICATION |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: May 4, 2012 _____   Signature: _____ /s/ William N. Adkins _____<br>                                                                    *(Debtor)*<br><br>Date: _____   Signature: _____<br>                                                                  *(Joint Debtor, if any)* |

## Form 22 Continuation Sheet

**Income Month 1**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

**Income Month 2**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

**Income Month 3**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

**Income Month 4**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

**Income Month 5**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

**Income Month 6**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

## Additional Items as Designated, if any

## Remarks