UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: )
WILLIAM N. ADKINS ) Case No. 12-31050
 ) Chapter 7
 Debtor. )
_____ )

### RESPONSE TO MOTION OF YEOPIM PARTNERS, LLC TO COMPEL ABANDONMENT

**COMES NOW** the Trustee, by and through counsel, and responds to the Motion of Yeopim Partners, LLC to Compel Abandonment, filed in this case on 27 February 2015, and requests that the Court conduct a hearing to consider the motion, and any further response of the Trustee, on 9 April 2015 at 9:30 a.m. The Trustee is in the process of reviewing the rather voluminous documentation, and researching the applicable provisions of the Uniform Commercial Code, as relates to the motion of Yeopim Partners, LLC.

**WHEREFORE,** the Trustee prays that the Court conduct a hearing on the Motion of Yeopim Partners, LLC to Compel Abandonment, and any further response of the Trustee thereto.

This the 11th day of March, 2015.

/s/ R. Keith Johnson
R. Keith Johnson, Trustee
and Attorney for Trustee
NC State Bar No. 8840
1275 Highway 16 South
Stanley, North Carolina 28164
(704) 827-4200

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: )
WILLIAM N. ADKINS ) Case No. 12-31050
) **Chapter 7**
Debtor. )
_____ )

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on the below date, the undersigned served a copy of the Response to Motion of Yeopim Partners, LLC to Compel Abandonment either electronically or by depositing, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

William N. Adkins
16315 Belle Isle Dr.
Cornelius, NC 28031

G. Martin Hunter (ECF)
Attorney for Creditor

Joseph W. Grier, III (ECF)
Attorney for Debtor

Linda Simpson (ECF)
Bankruptcy Administrator

This the 11th day of March, 2015.

/s/ R. Keith Johnson
R. Keith Johnson, Trustee
and Attorney for Trustee
NC State Bar No. 8840
1275 Highway 16 South
Stanley, North Carolina 28164
(704) 827-4200