UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: | CASE NO: |
|---|---|
| WILLIAM N. ADKINS, | 12-31050 |
| DEBTOR. | |
| | CHAPTER 7 |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM 12-1

NOW COMES Branch Banking and Trust Company ("BB&T"), by and through undersigned counsel, and hereby submits this Notice of Withdrawal of Proof of Claim as to the following proof of claim filed in the above-captioned bankruptcy case:

| Claimant | Claim No. |
|---|---|
| Branch Banking and Trust Company | 12-1 |

This, the 11th day of February, 2016.

 s/Nicholas C. Brown
Nicholas C. Brown
State Bar No. 38054
Howard, Stallings, From, Hutson, Atkins,
Angell & Davis, P.A.
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703
Attorneys for Branch Banking and Trust Company

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: | CASE NO: |
|---|---|
| WILLIAM N. ADKINS, | 12-31050 |
| DEBTOR. | CHAPTER 7 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and the **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM 12-1** was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below or as indicated below:

| William N Adkins<br>16315 Belle Isle Drive<br>Cornelius, NC 28031 | Anna S. Gorman<br>Joseph W. Grier, III<br>Grier, Furr, & Crisp PA<br>101 North Tryon St.<br>Suite 1240<br>Charlotte, NC 28246 |
|---|---|
| R. Keith Johnson<br>1275 South Hwy 16<br>Stanley, NC 28164 | U.S. Bankruptcy Administrator Office<br>402 W. Trade Street<br>Suite 200<br>Charlotte, NC 28202-1669 |

DATED: February 11, 2016

s/Jennifer L. McInnes
Jennifer L. McInnes, Paralegal
Howard, Stallings, From, Hutson, Atkins,
Angell & Davis, P.A.
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703