**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 12-31050 | Judge: J. CRAIG WHITLEY-DEFAULT JUDGE | Trustee Name: | R. KEITH JOHNSON |
|---|---|---|---|---|
| Case Name: | ADKINS, WILLIAM N | | Date Filed (f) or Converted (c): | 05/04/12 (f) |
| | | | 341(a) Meeting Date: | 06/06/12 |
| For Period Ending: | 09/30/17 | | Claims Bar Date: | 09/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOUSE AT 16315 BELLE ISLE DR 16315 BELLE ISLE DR. | 2,000,000.00 | 2,000,000.00 | | 0.00 | 2,000,000.00 |
| 2. LOT AT 16325 BELLE ISLE DR. 16325 BELLE ISLE DR. C | 500,000.00 | 500,000.00 | | 0.00 | 500,000.00 |
| 3. CABIN IN ASHE COUNTY, NC BOGGS ROAD ASHE COUNTY, N | 175,000.00 | 175,000.00 | | 0.00 | 175,000.00 |
| 4. STORAGE BLDG IN IRON STATION, NC | 100,000.00 | 100,000.00 | | 9,800.00 | FA |
| 5. CASH ON HAND - NOMINAL | 0.00 | 0.00 | | 0.00 | FA |
| 6. NEW DOMINION CHECKING ACCOUNT NEW DOMINION BANK PO | 60.00 | 60.00 | | 11,384.84 | FA |
| 7. ING DIRECT SAVINGS ACCOUNT PO BOX 60 ST. CLOUD, MN | 1.00 | 1.00 | | 0.00 | FA |
| 8. AQUESTA BANK AQUESTA BANK PO BOX 700 CORNELIUS, NC | 6.00 | 6.00 | | 0.00 | FA |
| 9. IFIC DEPOSIT DEPOSIT WITH CREDITOR, IFIC; PAID TO | 437,500.00 | 437,500.00 | | 0.00 | FA |
| 10. HOUSEHOLD GOODS & FURNISHINGS 16315 BELLE ISLE DR | 35,960.00 | 35,960.00 | | 40,000.00 | FA |
| 11. DIAMOND BEZEL ROLEX DATEJUST WATCH | 3,500.00 | 0.00 | | 0.00 | FA |
| 12. ROLEX YACHT MASTER WATCH | 2,500.00 | 0.00 | | 0.00 | FA |
| 13. CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. GLOCK 27 .40 SUBCONPACT PISTOL | 400.00 | 400.00 | | 0.00 | FA |
| 15. 529 COLLEGE SAVINGS PLAN F/B/O SHAYNA DANIELLE DEB | 25,000.00 | 0.00 | | 0.00 | FA |
| 16. NADIA NICOLE ADKINS 529 PLAN (OWNED BY LAVINIA V. | 5,327.00 | 5,327.00 | | 0.00 | FA |
| 17. ASHLEY S. ADKINS 529 PLAN (OWNED BY LAVINIA V. ADK | 5,327.00 | 5,327.00 | | 0.00 | FA |
| 18. 401(K) ACCOUNT WMA MANAGEMENT, LLC 401(K) PS PLAN | 186,751.00 | 186,751.00 | | 0.00 | FA |
| 19. 114,268 SHARES COMMON STOCK IN CHANTICLEER HOLDING | 142,281.00 | 142,281.00 | | 50,285.84 | FA |
| 20. ADKINS LAND GROUP, INC., F/K/A TIMBERLINE CORPORAT | 0.00 | 0.00 | | 0.00 | FA |
| 21. WMA MANAGEMENT, LLC MANAGER OF PRESENT ASSET COMPA | 0.00 | 0.00 | | 17,500.00 | FA |
| 22. ADKINS AVIATION, LLC, F/K/A TIMBERLINE AVIATION, I | 0.00 | 0.00 | | 0.00 | FA |
| 23. SWIPER LOT CLEARING, INC., F/K/A FOUR SEASONS LAND | 0.00 | 0.00 | | 0.00 | FA |
| 24. LANDSTAR DEVELOPMENT, LLC DEBTOR IS 50% MEMBER | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 20.00e

| Case No: | 12-31050 | Judge: J. CRAIG WHITLEY-DEFAULT JUDGE | Trustee Name: | R. KEITH JOHNSON |
|---|---|---|---|---|
| Case Name: | ADKINS, WILLIAM N | | Date Filed (f) or Converted (c): | 05/04/12 (f) |
| | | | 341(a) Meeting Date: | 06/06/12 |
| | | | Claims Bar Date: | 09/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| AND | | | | | |
| 25. NC MOUNTAIN INVESTMENTS, LLC DEBTOR IS 50% MEMBER | 0.00 | 0.00 | | 0.00 | FA |
| 26. WATERFRONT GROUP FLORIDA, LLC DEBTOR IS 50% MEMBER | 0.00 | 0.00 | | 0.00 | FA |
| 27. WATERFRONT GROUP NC, LLC DEBTOR IS 50% MEMBER AND | 0.00 | 0.00 | | 0.00 | 0.00 |
| 28. WATERFRONT GROUP WETAPPO, LLC, F/K/A WATERFRONT GR | 0.00 | 0.00 | | 0.00 | FA |
| 29. WATERFRONT GROUP, INC. DEBTOR IS 50% SHAREHOLDER; | 0.00 | 0.00 | | 0.00 | FA |
| 30. WATERFRONT GROUP, LLC DEBTOR IS 50% MEMBER AND A M | 0.00 | 0.00 | | 0.00 | FA |
| 31. WFG MANAGEMENT, LLC DEBTOR IS 50% MEMBER AND A MAN | 0.00 | 0.00 | | 0.00 | FA |
| 32. WATERFRONT GROUP STELLARVIEW, LLC DEBTOR IS 50% ME | 0.00 | 0.00 | | 0.00 | FA |
| 33. HIDDEN RIVER INVESTORS, LP DEBTOR AND WIFE ARE 24. | 0.00 | 0.00 | | 0.00 | FA |
| 34. WMA, LP WMA, LP IS THE SOLE MEMBER OF RECENT ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 35. ACCOUNT RECEIVEABLE FROM FIFE INVESTMENTS, LLC FAC | 0.00 | 0.00 | | 0.00 | FA |
| 36. 2007 CADILLAC ESCALADE | 25,000.00 | 0.00 | | 0.00 | FA |
| 37. 2007 CADILLAC ESCALADE | 25,000.00 | 25,000.00 | | 0.00 | 25,000.00 |
| 38. MEMBERSHIP INTEREST IN PENNINSULA GOLF CLUB | 0.00 | 0.00 | | 0.00 | FA |
| 39. Rental Income | Unknown | 0.00 | | 4,294.05 | FA |
| 40. Refund (u) | Unknown | 0.00 | | 19,369.23 | FA |
| 41. SALE OF ASSET (u) | 0.00 | 0.00 | | 23,483.21 | FA |
| 42. SALE OF ASSET (u) | 0.00 | 0.00 | | 3,184.00 | FA |
| 43. ADKINS PET CENTER | 300,000.00 | 0.00 | | 0.00 | FA |
| 44. 11.894 acres, Obids Township, Ashe County, NC | 25,000.00 | 0.00 | | 0.00 | 0.00 |
| 45. 0.995 acres, Obids Township, Ashe County, NC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 46. House in Duval County, Florida | 137,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.10 | Unknown |

LFORM1

Ver: 20.00e

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

| Case No: | 12-31050 | Judge: J. CRAIG WHITLEY-DEFAULT JUDGE | Trustee Name: | R. KEITH JOHNSON |
|---|---|---|---|---|
| Case Name: | ADKINS, WILLIAM N | | Date Filed (f) or Converted (c): | 05/04/12 (f) |
| | | | 341(a) Meeting Date: | 06/06/12 |
| | | | Claims Bar Date: | 09/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $4,133,113.00 | $3,613,613.00 | | $179,301.27 | $2,700,000.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP# 39---Rental Income from Queens Harbour Property

RE PROP# 41---1/2 sale of Airport Hangers

RE PROP# 42---Mt. Lot -not buildable

RE PROP# 43---3920 East Hwy 27

  Iron Station NC (Tax ID 01650)

  Own with Mark Adkins

  Debtor Claimed Exemption

RE PROP# 44---See Deed recorded in Book 375, Page 1975, Ashe County, NC Public Registry

  Own with Mark Adkins

  Debtor Claimed Exemption

RE PROP# 45---See deed recorded in Book 332, Page 2466, Ashe County public registry

RE PROP# 46---13706 Longs Landing Rd. W.

  Jacksonville, FL

  Tax ID 167127-2125

  Debtor Claimed Exemption

Initial Projected Date of Final Report (TFR): 08/12/13    Current Projected Date of Final Report (TFR): 12/14/17

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-31050 | Trustee Name: | R. KEITH JOHNSON |
| --- | --- | --- | --- |
| Case Name: | ADKINS, WILLIAM N | Bank Name: | UNION BANK |
|  |  | Account Number / CD #: | *******2678 GENERAL CHECKING |
| Taxpayer ID No: | *******3677 |  |  |
|  |  | Blanket Bond (per case limit): | $ 450,000.00 |
| For Period Ending: | 09/30/17 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/24/12 |  | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 4,688.02 |  | 4,688.02 |
| 11/26/12 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 15.00 | 4,673.02 |
| 12/26/12 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 15.00 | 4,658.02 |
| 01/25/13 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 15.00 | 4,643.02 |
| 02/25/13 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 15.00 | 4,628.02 |
| 03/25/13 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 15.00 | 4,613.02 |
| 04/25/13 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 15.00 | 4,598.02 |
| 05/28/13 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 15.00 | 4,583.02 |
| 06/25/13 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 15.00 | 4,568.02 |
| 07/18/13 | 4 | Grier Furr & Crisp | OTHER | 1149-000 | 750.00 |  | 5,318.02 |
| 07/18/13 | 4 | Grier Furr & Crisp | Accounts Receivable | 1130-000 | 300.00 |  | 5,618.02 |
| 07/25/13 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 15.00 | 5,603.02 |
| 08/26/13 |  | UNION BANK | BANK SERVICE FEE | 2600-000 |  | 15.00 | 5,588.02 |
|  |  |  | Page Subtotals |  | 5,738.02 | 150.00 |  |

LFORM24

Ver: 20.00e

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-31050 | | Trustee Name: | R. KEITH JOHNSON |
| Case Name: | ADKINS, WILLIAM N | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******2678  GENERAL CHECKING |
| Taxpayer ID No: | *******3677 | | | |
| For Period Ending: | 09/30/17 | | Blanket Bond (per case limit): | $ 450,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,573.02 |
| 09/27/13 | 003000 | International Sureties | Bond Payment | 2300-000 | | 9.79 | 5,563.23 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,548.23 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,533.23 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,518.23 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,503.23 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,488.23 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,473.23 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,458.23 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,443.23 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,428.23 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,413.23 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,398.23 |
| 09/12/14 | 40 | United States Treasury | TAX REFUND | 1124-000 | 2,349.06 | | 7,747.29 |

Page Subtotals    2,349.06    189.79

LFORM24

Ver: 20.00e

FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-31050 | Trustee Name: | R. KEITH JOHNSON |
| --- | --- | --- | --- |
| Case Name: | ADKINS, WILLIAM N | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2678 GENERAL CHECKING |
| Taxpayer ID No: | *******3677 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 450,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,732.29 |
| 10/06/14 | 003001 | International Sureties, LTD. | Bond Premium | 2300-000 | | 10.88 | 7,721.41 |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,706.41 |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,691.41 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,676.41 |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,661.41 |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,646.41 |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,631.41 |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,616.41 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,601.41 |
| 06/15/15 | 21 | R. Keith Johnson, Trustee | Sale of Asset | 1129-000 | 17,500.00 | | 25,101.41 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 25,086.41 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 23.51 | 25,062.90 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 37.28 | 25,025.62 |

Page Subtotals     17,500.00     221.67

LFORM24

Ver: 20.00e

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-31050 | | Trustee Name: | R. KEITH JOHNSON |
| --- | --- | --- | --- | --- |
| Case Name: | ADKINS, WILLIAM N | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******2678  GENERAL CHECKING |
| Taxpayer ID No: | *******3677 | | | |
| For Period Ending: | 09/30/17 | | Blanket Bond (per case limit): | $ 450,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 37.24 | 24,988.38 |
| 10/19/15 | 003002 | International Sureties, LTD. | Bond Premium | 2300-000 | | 15.00 | 24,973.38 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 35.98 | 24,937.40 |
| 11/11/15 | 6 | R. Keith Johnson, Trustee | Close of Account | 1129-000 | 11,384.84 | | 36,322.24 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 37.13 | 36,285.11 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 46.23 | 36,238.88 |
| 12/29/15 | 10 | Grier Furr & Crisp, P.A. | Non-Exempt Equity | 1129-000 | 40,000.00 | | 76,238.88 |
| 01/04/16 | 40 | R. Keith Johnson, Trust account | TAX REFUND | 1224-000 | 16,620.67 | | 92,859.55 |
| 01/04/16 | 19 | R. Keith Johnson, Trust Acct. | Non-Exempt Equity | 1149-000 | 50,285.84 | | 143,145.39 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 57.76 | 143,087.63 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 199.36 | 142,888.27 |
| 02/29/16 | 41 | R. Keith Johnson, Trustee Trust acct. | Sale of Asset | 1229-000 | 23,483.21 | | 166,371.48 |
| 02/29/16 | 42 | R. Keith Johnson, Trustee Trust acct. | Sale of Real Property | 1210-000 | 3,184.00 | | 169,555.48 |
| 02/29/16 | 4 | R. Keith Johnson, Trustee- Trust acct. | Sale of Asset | 1129-000 | 8,750.00 | | 178,305.48 |

Page Subtotals    153,708.56    428.70

Ver: 20.00e

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-31050 | Trustee Name: | R. KEITH JOHNSON |
|---|---|---|---|
| Case Name: | ADKINS, WILLIAM N | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2678 GENERAL CHECKING |
| Taxpayer ID No: | *******3677 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 450,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 198.36 | 178,107.12 |
| 04/18/16 | 003003 | R. Keith Johnson, P.A. | Interim Attorney Fees | 3110-000 | | 44,877.00 | 133,230.12 |
| 04/18/16 | 003004 | R. Keith Johnson | Interim Trustee Commission | 2100-000 | | 5,237.70 | 127,992.42 |
| 04/20/16 | 003005 | Clerk of Superior Court Ashe County | OTHER Filing Fee | 2990-000 | | 6.00 | 127,986.42 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 264.22 | 127,722.20 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 226.65 | 127,495.55 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 189.24 | 127,306.31 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 182.85 | 127,123.46 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 188.64 | 126,934.82 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 188.36 | 126,746.46 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 182.03 | 126,564.43 |
| 10/28/16 | 003006 | International Sureties, LTD | Bond Premium | 2300-000 | | 61.95 | 126,502.48 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 187.81 | 126,314.67 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 181.41 | 126,133.26 |

Page Subtotals     0.00     52,172.22

LFORM24     Ver: 20.00e

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-31050 | | Trustee Name: | R. KEITH JOHNSON |
|---|---|---|---|---|
| Case Name: | ADKINS, WILLIAM N | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******2678  GENERAL CHECKING |
| Taxpayer ID No: | *******3677 | | | |
| For Period Ending: | 09/30/17 | | Blanket Bond (per case limit): | $ 450,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 187.18 | 125,946.08 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 187.41 | 125,758.67 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 169.06 | 125,589.61 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 186.87 | 125,402.74 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 180.59 | 125,222.15 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 186.32 | 125,035.83 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 180.07 | 124,855.76 |
| 08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 185.78 | 124,669.98 |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 185.51 | 124,484.47 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 179,295.64 | 54,811.17 | 124,484.47 |
| Less:  Bank Transfers/CD's | 4,688.02 | 0.00 | |
| Subtotal | 174,607.62 | 54,811.17 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 174,607.62 | 54,811.17 | |

Page Subtotals     0.00     1,648.79

Ver: 20.00e

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

| Case No: | 12-31050 | Trustee Name: | R. KEITH JOHNSON |
|---|---|---|---|
| Case Name: | ADKINS, WILLIAM N | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******9303  MONEY MARKET |
| Taxpayer ID No: | *******3677 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $   450,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/18/12 | 39 | Matthew D. Hall<br>Nancy F. Hall | RENTAL INCOME | 1122-000 | 534.00 | | 534.00 |
| 06/28/12 | 39 | Matthew D. Hall | Rent payment | 1122-000 | 1,500.00 | | 2,034.00 |
| 07/31/12 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,034.02 |
| 08/03/12 | 39 | Matthew Hall | RENTAL INCOME | 1122-000 | 760.05 | | 2,794.07 |
| 08/28/12 | 39 | Matthew Hall | RENTAL INCOME | 1122-000 | 1,500.00 | | 4,294.07 |
| 08/31/12 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 4,294.09 |
| 09/17/12 | 40 | William Adkins | Insurance Premium Refund | 1290-000 | 399.50 | | 4,693.59 |
| 09/28/12 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,693.62 |
| 10/08/12 | 001000 | International Sureties, LTD | Bond Premium<br>Bond # 016036312 | 2300-000 | | 5.63 | 4,687.99 |
| 10/24/12 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 4,688.02 |
| 10/24/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 4,688.02 | 0.00 |

Page Subtotals     4,693.65     4,693.65

Ver: 20.00e

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-31050 | | Trustee Name: | R. KEITH JOHNSON |
| Case Name: | ADKINS, WILLIAM N | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******9303  MONEY MARKET |
| Taxpayer ID No: | *******3677 | | | |
| For Period Ending: | 09/30/17 | | Blanket Bond (per case limit): | $ 450,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,693.65 | 4,693.65 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,688.02 | |
| Subtotal | 4,693.65 | 5.63 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,693.65 | 5.63 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********2678 | 174,607.62 | 54,811.17 | 124,484.47 |
| MONEY MARKET - ********9303 | 4,693.65 | 5.63 | 0.00 |
| | 179,301.27 | 54,816.80 | 124,484.47 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

Ver: 20.00e

LFORM24