# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 12-31050 | Trustee Name: | (530540) R. Keith Johnson |
|---|---|---|---|
| Case Name: | ADKINS, WILLIAM N. | Date Filed (f) or Converted (c): | 05/04/2012 (f) |
| | | § 341(a) Meeting Date: | 06/06/2012 |
| For Period Ending: | 07/18/2018 | Claims Bar Date: | 09/04/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | HOUSE AT 16315 BELLE ISLE DR 16315 BELLE ISLE DR | 2,000,000.00 | 2,000,000.00 | | 0.00 | 2,000,000.00 |
| 2 | LOT AT 16325 BELLE ISLE DR. 16325 BELLE ISLE DR. | 500,000.00 | 500,000.00 | | 0.00 | 500,000.00 |
| 3 | CABIN IN ASHE COUNTY, NC BOGGS ROAD ASHE COUNTY, | 175,000.00 | 175,000.00 | | 0.00 | 175,000.00 |
| 4 | STORAGE BLDG IN IRON STATION, NC | 100,000.00 | 100,000.00 | | 9,800.00 | FA |
| 5 | CASH ON HAND - NOMINAL | 0.00 | 0.00 | | 0.00 | FA |
| 6 | NEW DOMINION CHECKING ACCOUNT NEW DOMINION BANK | 60.00 | 60.00 | | 11,384.84 | FA |
| 7 | ING DIRECT SAVINGS ACCOUNT PO BOX 60 ST. CLOUD, | 1.00 | 1.00 | | 0.00 | FA |
| 8 | AQUESTA BANK AQUESTA BANK PO BOX 700 CORNELIUS, | 6.00 | 6.00 | | 0.00 | FA |
| 9 | IFIC DEPOSIT DEPOSIT WITH CREDITOR, IFIC; PAID T | 437,500.00 | 437,500.00 | | 0.00 | FA |
| 10 | HOUSEHOLD GOODS & FURNISHINGS 16315 BELLE ISLE D | 35,960.00 | 35,960.00 | | 40,000.00 | FA |
| 11 | DIAMOND BEZEL ROLEX DATEJUST WATCH | 3,500.00 | 0.00 | | 0.00 | FA |
| 12 | ROLEX YACHT MASTER WATCH | 2,500.00 | 0.00 | | 0.00 | FA |
| 13 | CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | GLOCK 27 .40 SUBCONPACT PISTOL | 400.00 | 400.00 | | 0.00 | FA |
| 15 | 529 COLLEGE SAVINGS PLAN F/B/O SHAYNA DANIELLE D | 25,000.00 | 0.00 | | 0.00 | FA |
| 16 | NADIA NICOLE ADKINS 529 PLAN (OWNED BY LAVINIA V | 5,327.00 | 5,327.00 | | 0.00 | FA |
| 17 | ASHLEY S. ADKINS 529 PLAN (OWNED BY LAVINIA V. A | 5,327.00 | 5,327.00 | | 0.00 | FA |
| 18 | 401(K) ACCOUNT WMA MANAGEMENT, LLC 401(K) PS PLA | 186,751.00 | 186,751.00 | | 0.00 | FA |
| 19 | 114,268 SHARES COMMON STOCK IN CHANTICLEER HOLDI | 142,281.00 | 142,281.00 | | 50,285.84 | FA |
| 20 | ADKINS LAND GROUP, INC., F/K/A TIMBERLINE CORPOR | 0.00 | 0.00 | | 0.00 | FA |
| 21 | WMA MANAGEMENT, LLC MANAGER OF PRESENT ASSET COM | 0.00 | 0.00 | | 17,500.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 12-31050 | | Trustee Name: | (530540) R. Keith Johnson |
| Case Name: | ADKINS, WILLIAM N. | | Date Filed (f) or Converted (c): | 05/04/2012 (f) |
| | | | § 341(a) Meeting Date: | 06/06/2012 |
| For Period Ending: | 07/18/2018 | | Claims Bar Date: | 09/04/2012 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | ADKINS AVIATION, LLC, F/K/A TIMBERLINE AVIATION, | 0.00 | 0.00 | | 0.00 | FA |
| 23 | SWIPER LOT CLEARING, INC., F/K/A FOUR SEASONS LA | 0.00 | 0.00 | | 0.00 | FA |
| 24 | LANDSTAR DEVELOPMENT, LLC DEBTOR IS 50% MEMBER A | 0.00 | 0.00 | | 0.00 | FA |
| 25 | NC MOUNTAIN INVESTMENTS, LLC DEBTOR IS 50% MEMBE | 0.00 | 0.00 | | 0.00 | FA |
| 26 | WATERFRONT GROUP FLORIDA, LLC DEBTOR IS 50% MEMB | 0.00 | 0.00 | | 0.00 | FA |
| 27 | WATERFRONT GROUP NC, LLC DEBTOR IS 50% MEMBER AN | 0.00 | 0.00 | | 0.00 | 0.00 |
| 28 | WATERFRONT GROUP WETAPPO, LLC, F/K/A WATERFRONT | 0.00 | 0.00 | | 0.00 | FA |
| 29 | WATERFRONT GROUP, INC. DEBTOR IS 50% SHAREHOLDER | 0.00 | 0.00 | | 0.00 | FA |
| 30 | WATERFRONT GROUP, LLC DEBTOR IS 50% MEMBER AND A | 0.00 | 0.00 | | 0.00 | FA |
| 31 | WFG MANAGEMENT, LLC DEBTOR IS 50% MEMBER AND A M | 0.00 | 0.00 | | 0.00 | FA |
| 32 | WATERFRONT GROUP STELLARVIEW, LLC DEBTOR IS 50% | 0.00 | 0.00 | | 0.00 | FA |
| 33 | HIDDEN RIVER INVESTORS, LP DEBTOR AND WIFE ARE 2 | 0.00 | 0.00 | | 0.00 | FA |
| 34 | WMA, LP WMA, LP IS THE SOLE MEMBER OF RECENT ASS | 0.00 | 0.00 | | 0.00 | FA |
| 35 | ACCOUNT RECEIVEABLE FROM FIFE INVESTMENTS, LLC F | 0.00 | 0.00 | | 0.00 | FA |
| 36 | 2007 CADILLAC ESCALADE | 25,000.00 | 0.00 | | 0.00 | FA |
| 37 | 2007 CADILLAC ESCALADE | 25,000.00 | 25,000.00 | | 0.00 | 25,000.00 |
| 38 | MEMBERSHIP INTEREST IN PENNINSULA GOLF CLUB | 0.00 | 0.00 | | 0.00 | FA |
| 39* | Rental Income (See Footnote) | Unknown | 0.00 | | 4,294.05 | FA |
| 40 | Refund (u) | Unknown | 0.00 | | 19,369.23 | FA |
| 41* | SALE OF ASSET (u) (See Footnote) | 0.00 | 0.00 | | 23,483.21 | FA |
| 42* | SALE OF ASSET (u) (See Footnote) | 0.00 | 0.00 | | 3,184.00 | FA |
| 43* | ADKINS PET CENTER (See Footnote) | 300,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| **Case No.:** | 12-31050 | **Trustee Name:** | (530540) R. Keith Johnson |
| **Case Name:** | ADKINS, WILLIAM N. | **Date Filed (f) or Converted (c):** | 05/04/2012 (f) |
| | | **§ 341(a) Meeting Date:** | 06/06/2012 |
| **For Period Ending:** | 07/18/2018 | **Claims Bar Date:** | 09/04/2012 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 44* | 11.894 acres, Obids Township, Ashe County, NC (See Footnote) | 25,000.00 | 0.00 | | 0.00 | 0.00 |
| 45* | 0.995 acres, Obids Township, Ashe County, NC (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 46* | House in Duval County, Florida (See Footnote) | 137,500.00 | 0.00 | | 0.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 0.10 | Unknown |
| | **Assets Totals (Excluding unknown values)** | **$4,133,113.00** | **$3,613,613.00** | | **$179,301.27** | **$2,700,000.00** |

| | | |
|---|---|---|
| RE PROP# 39 | Rental Income from Queens Harbour Property | |
| RE PROP# 41 | 1/2 sale of Airport Hangers | |
| RE PROP# 42 | Mt. Lot -not buildable | |
| RE PROP# 43 | 3920 East Hwy 27<br>Iron Station NC (Tax ID 01650)<br>Own with Mark Adkins<br>Debtor Claimed Exemption | |
| RE PROP# 44 | See Deed recorded in Book 375, Page 1975, Ashe County, NC Public Registry<br>Own with Mark Adkins<br>Debtor Claimed Exemption | |
| RE PROP# 45 | See deed recorded in Book 332, Page 2466, Ashe County public registry | |
| RE PROP# 46 | 13706 Longs Landing Rd. W.<br>Jacksonville, FL<br>Tax ID 167127-2125<br>Debtor Claimed Exemption | |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

**Initial Projected Date Of Final Report (TFR):** 08/12/2013      **Current Projected Date Of Final Report (TFR):** 09/28/2018

| | |
|---|---|
| 07/18/2018 | /s/R. Keith Johnson |
| Date | R. Keith Johnson |

Copy Served On:  Shelley K. Abel
                 Bankruptcy Administrator

**Form 2**

## Cash Receipts And Disbursements Record

Page: 1

| **Case No.:** | 12-31050 | **Trustee Name:** | R. Keith Johnson (530540) |
|---|---|---|---|
| **Case Name:** | ADKINS, WILLIAM N. | **Bank Name:** | BANK OF AMERICA, N.A. |
| **Taxpayer ID #:** | **-***3677 | **Account #:** | ******9303 MONEY MARKET |
| **For Period Ending:** | 06/30/2018 | **Blanket Bond (per case limit):** | $450,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/18/12 | {39} | Matthew D. Hall | RENTAL INCOME | 1122-000 | 534.00 | | 534.00 |
| 06/28/12 | {39} | Matthew D. Hall | Rent payment | 1122-000 | 1,500.00 | | 2,034.00 |
| 07/31/12 | Int | | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,034.02 |
| 08/03/12 | {39} | Matthew Hall | RENTAL INCOME | 1122-000 | 760.05 | | 2,794.07 |
| 08/28/12 | {39} | Matthew Hall | RENTAL INCOME | 1122-000 | 1,500.00 | | 4,294.07 |
| 08/31/12 | Int | | Interest Rate 0.010 | 1270-000 | 0.02 | | 4,294.09 |
| 09/17/12 | {40} | William Adkins | Insurance Premium Refund | 1290-000 | 399.50 | | 4,693.59 |
| 09/28/12 | Int | | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,693.62 |
| 10/08/12 | 1000 | International Sureties, LTD | Bond Premium Bond # 016036312 | 2300-000 | | 5.63 | 4,687.99 |
| 10/24/12 | Int | | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 4,688.02 |
| 10/24/12 | | TRSF TO UNION BANK | FINAL TRANSFER | 9999-000 | | 4,688.02 | 0.00 |
| | | **COLUMN TOTALS** | | | **4,693.65** | **4,693.65** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 4,688.02 | |
| | | **Subtotal** | | | **4,693.65** | **5.63** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$4,693.65** | **$5.63** | |

*{ } Asset Reference(s)*     *! - transaction has not been cleared*

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 12-31050 | Trustee Name: | R. Keith Johnson (530540) |
|---|---|---|---|
| Case Name: | ADKINS, WILLIAM N. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***3677 | Account #: | ******2678 GENERAL CHECKING |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $450,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/24/12 | | TRSF IN FROM BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 4,688.02 | | 4,688.02 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,673.02 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,658.02 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,643.02 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,628.02 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,613.02 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,598.02 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,583.02 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,568.02 |
| 07/18/13 | {4} | Grier Furr & Crisp | OTHER | 1149-000 | 750.00 | | 5,318.02 |
| 07/18/13 | {4} | Grier Furr & Crisp | Accounts Receivable | 1130-000 | 300.00 | | 5,618.02 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,603.02 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,588.02 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,573.02 |
| 09/27/13 | 3000 | International Sureties | Bond Payment | 2300-000 | | 9.79 | 5,563.23 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,548.23 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,533.23 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,518.23 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,503.23 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,488.23 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,473.23 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,458.23 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,443.23 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,428.23 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,413.23 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,398.23 |
| 09/12/14 | {40} | United States Treasury | TAX REFUND | 1124-000 | 2,349.06 | | 7,747.29 |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,732.29 |
| 10/06/14 | 3001 | International Sureties, LTD. | Bond Premium | 2300-000 | | 10.88 | 7,721.41 |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,706.41 |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,691.41 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,676.41 |

Page Subtotals:   $8,087.08   $410.67

{ } Asset Reference(s)                                                                                                   ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 12-31050 | Trustee Name: | R. Keith Johnson (530540) |
|---|---|---|---|
| Case Name: | ADKINS, WILLIAM N. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***3677 | Account #: | ******2678 GENERAL CHECKING |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $450,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,661.41 |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,646.41 |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,631.41 |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,616.41 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,601.41 |
| 06/15/15 | {21} | R. Keith Johnson, Trustee | Sale of Asset | 1129-000 | 17,500.00 | | 25,101.41 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 25,086.41 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 23.51 | 25,062.90 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 37.28 | 25,025.62 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 37.24 | 24,988.38 |
| 10/19/15 | 3002 | International Sureties, LTD. | Bond Premium | 2300-000 | | 15.00 | 24,973.38 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 35.98 | 24,937.40 |
| 11/11/15 | {6} | R. Keith Johnson, Trustee | Close of Account | 1129-000 | 11,384.84 | | 36,322.24 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 37.13 | 36,285.11 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 46.23 | 36,238.88 |
| 12/29/15 | {10} | Grier Furr & Crisp, P.A. | Non-Exempt Equity | 1129-000 | 40,000.00 | | 76,238.88 |
| 01/04/16 | {40} | R. Keith Johnson, Trust account | TAX REFUND | 1224-000 | 16,620.67 | | 92,859.55 |
| 01/04/16 | {19} | R. Keith Johnson, Trust Acct. | Non-Exempt Equity | 1149-000 | 50,285.84 | | 143,145.39 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 57.76 | 143,087.63 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 199.36 | 142,888.27 |
| 02/29/16 | {41} | R. Keith Johnson, Trustee Trust acct. | Sale of Asset | 1229-000 | 23,483.21 | | 166,371.48 |
| 02/29/16 | {42} | R. Keith Johnson, Trustee Trust acct. | Sale of Real Property | 1210-000 | 3,184.00 | | 169,555.48 |
| 02/29/16 | {4} | R. Keith Johnson, Trustee- Trust acct. | Sale of Asset | 1129-000 | 8,750.00 | | 178,305.48 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 198.36 | 178,107.12 |
| 04/18/16 | 3003 | R. Keith Johnson, P.A. | Interim Attorney Fees | 3110-000 | | 44,877.00 | 133,230.12 |
| 04/18/16 | 3004 | R. Keith Johnson | Interim Trustee Commission | 2100-000 | | 5,237.70 | 127,992.42 |
| 04/20/16 | 3005 | Clerk of Superior Court | OTHER Filing Fee | 2990-000 | | 6.00 | 127,986.42 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 264.22 | 127,722.20 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 226.65 | 127,495.55 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 189.24 | 127,306.31 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 182.85 | 127,123.46 |

Page Subtotals:   $171,208.56   $51,761.51

{ } Asset Reference(s)                                            ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 12-31050 | Trustee Name: | R. Keith Johnson (530540) |
|---|---|---|---|
| Case Name: | ADKINS, WILLIAM N. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***3677 | Account #: | ******2678 GENERAL CHECKING |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $450,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 188.64 | 126,934.82 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 188.36 | 126,746.46 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 182.03 | 126,564.43 |
| 10/28/16 | 3006 | International Sureties, LTD | Bond Premium | 2300-000 | | 61.95 | 126,502.48 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 187.81 | 126,314.67 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 181.41 | 126,133.26 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 187.18 | 125,946.08 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 187.41 | 125,758.67 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 169.06 | 125,589.61 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 186.87 | 125,402.74 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 180.59 | 125,222.15 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 186.32 | 125,035.83 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 180.07 | 124,855.76 |
| 08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 185.78 | 124,669.98 |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 185.51 | 124,484.47 |
| 10/24/17 | 3007 | International Sureties, LTD | Bond Premium Bond # 016036312 | 2300-000 | | 60.37 | 124,424.10 |
| 10/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 179.27 | 124,244.83 |
| 10/26/17 | 3008 | Lowrance Reporting Service, Inc. | Payment from Trustee Payment to reporting service for Depositions held on 10/18/17 | 3992-000 | | 217.00 | 124,027.83 |
| 11/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 184.96 | 123,842.87 |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 178.38 | 123,664.49 |
| 01/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 184.02 | 123,480.47 |
| 02/13/18 | | UNITED BANK | WIRE TRANSFER TO FUND UNITED BANK ACCOUNT | 9999-000 | | 123,480.47 | 0.00 |
| | | **COLUMN TOTALS** | | | 179,295.64 | 179,295.64 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 4,688.02 | 123,480.47 | |
| | | **Subtotal** | | | 174,607.62 | 55,815.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$174,607.62** | **$55,815.17** | |

*{ } Asset Reference(s)*   *! - transaction has not been cleared*

**Form 2**

## Cash Receipts And Disbursements Record

Page: 5

| **Case No.:** | 12-31050 | **Trustee Name:** | R. Keith Johnson (530540) |
|---|---|---|---|
| **Case Name:** | ADKINS, WILLIAM N. | **Bank Name:** | United Bank |
| **Taxpayer ID #:** | **-***3677 | **Account #:** | ********3798 CHECKING ACCOUNT |
| **For Period Ending:** | 06/30/2018 | **Blanket Bond (per case limit):** | $450,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/13/18 | | UNION BANK | WIRE FROM UNION BANK | 9999-000 | 123,480.47 | | 123,480.47 |
| 02/22/18 | | R. Keith Johnson, Trustee | Money transferred from our office trust account per order dated 02/01/18 | 1290-000 | 65,355.03 | | 188,835.50 |
| 02/27/18 | 101 | International Fidelity Insurance Co. | Pursuant to consent order entered in AP 16-03307, entered on February 1, 2018, DOC 45 | 4220-000 | | 40,000.00 | 148,835.50 |
| 02/27/18 | 102 | Yeopim Partners, LLC | Pursuant to consent order entered in AP 16-03307, entered on February 1, 2018, DOC 45 | 4220-000 | | 15,000.00 | 133,835.50 |
| 02/28/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 104.47 | 133,731.03 |
| 03/30/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 219.67 | 133,511.36 |
| 04/30/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 185.63 | 133,325.73 |
| 05/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 210.96 | 133,114.77 |
| 06/20/18 | 103 | R. P.A. KEITH JOHNSON | Attorney for Trustee Interim Fees | 3110-000 | | 20,990.00 | 112,124.77 |
| 06/20/18 | 104 | R. Keith Johnson | Interim Trustee Commission | 2100-000 | | 4,055.65 | 108,069.12 |
| 06/29/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 175.47 | 107,893.65 |
| | | **COLUMN TOTALS** | | | 188,835.50 | 80,941.85 | $107,893.65 |
| | | Less: Bank Transfers/CDs | | | 123,480.47 | 0.00 | |
| | | **Subtotal** | | | 65,355.03 | 80,941.85 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$65,355.03** | **$80,941.85** | |

*{ } Asset Reference(s)*  *! - transaction has not been cleared*

**Form 2**

Page: 6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** 12-31050 | **Trustee Name:** | R. Keith Johnson (530540) |
| **Case Name:** ADKINS, WILLIAM N. | **Bank Name:** | United Bank |
| **Taxpayer ID #:** **-***3677 | **Account #:** | ********3798 CHECKING ACCOUNT |
| **For Period Ending:** 06/30/2018 | **Blanket Bond (per case limit):** | $450,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9303 MONEY MARKET | $4,693.65 | $5.63 | $0.00 |
| ******2678 GENERAL CHECKING | $174,607.62 | $55,815.17 | $0.00 |
| ********3798 CHECKING ACCOUNT | $65,355.03 | $80,941.85 | $107,893.65 |
| | **$244,656.30** | **$136,762.65** | **$107,893.65** |

07/18/2018  
Date

/s/R. Keith Johnson  
R. Keith Johnson